Christopher J. Seusing (Pro Hac Vice Admission Pending)
cseusing@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel: 475-755-7050

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor,
Los Angeles, CA 90024
Tel: 310-481-7702

Attorneys for Defendants, Plex, Inc. and Plex GmbH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LEE, individually and on behalf of all others similarly situated,**<br><br>          **Plaintiff,**<br>  v.<br><br>**PLEX, INC. and PLEX GMBH,**<br><br>          **Defendants.** | Case No. 5:24-cv-02386-PCP<br><br>**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE, TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE** |

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

I, Ricardo Castro, declare as follows:

1. I am employed by Plex, Inc. and my current title is Director of Product Management.

2. Plex GmbH, a Swiss corporation, is a subsidiary of Plex Inc., a Delaware corporation.

3. I am authorized to make this declaration on behalf of Plex, Inc and Plex GmBH (collectively "Plex"). I am over 18 years of age. I make this Declaration in Support of Plex's Motion to Dismiss and Strike Class Allegations, or in the Alternative, to Compel Arbitration on an Individual Basis or Transfer Venue. I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

4. In my current capacity as a Director of Product Management, my job duties include being familiar with Plex's sign in screens in order to access Plex's Website, https://www.plex.tv/, (the "Website"), which includes creating an account with Plex. My job duties also include reviewing the business records of Plex. For this declaration, I have reviewed the records of Plex, and the records were made at or near the time, or from information transmitted by, someone with knowledge of the record. The records are kept in the regularly conducted activity of Plex's business and Plex makes these records as a regular activity of its business.

5. Plex is an online entertainment platform that provides its users with access to text, graphics, photos, sounds, audio and videos in the form of news reports, videos, and music (collectively, the "Content") streamed over the internet to its user's internet-connected devices (the "Device").

6. Plex's Terms of Services ("TOS") govern a user's access to and use of the Plex Solution, including its Website, its video services, the Content, Plex's software, mobile or web applications, or any related Plex services (collectively, "the Plex Solution").

7. Plex's privacy policy ("Privacy Policy") governs the method by which Plex collects, uses, and shares user's personal information when a user uses the Plex Solution.

8. In Plaintiff's Complaint, Plaintiff alleges "in or around April 2020, Plaintiff created a Plex account." *See* Complaint, at ¶ 63.

9. To create a Plex account, Plex users, including Plaintiff, have to complete the

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

registration process, which involves manually and affirmatively clicking a button titled "Create an Account" located on Plex's "Sign Up" page within its Website (the "Plex Userflow").

10.    By manually and affirmatively clicking the button titled "Create an Account", the user agrees to Plex's TOS and Privacy Policy as set forth within the Plex Userflow, which states:

> By creating an account or continuing to use a Plex application, website, or software, you acknowledge and agree that you have accepted the Terms of Service and have reviewed the Privacy Policy.

(the "Modified Clickwrap Agreement"). A true and correct copy of the TOS which were in effect at the time Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63) is attached to this declaration as **Exhibit A**. A true and correct copy of the Privacy Policy which was in effect at the time Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), is attached to this declaration as **Exhibit B**.

11.    At no time relevant hereto did Plex limit a user's, including Plaintiff's, ability to seek legal advice before entering into the Modified Clickwrap Agreement.

12.    At the time Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), the Plex Userflow was substantially the same as the true and correct screenshot depicted in **Exhibit C** hereto. The Plex Userflow displayed in **Exhibit C** would have been viewed by Plaintiff when Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63).

13.    A user cannot advance to the next step and complete the Plex account registration process until the user affirmatively clicks the button titled "Create an Account" within the Plex Userflow and therefore enters into the Modified Clickwrap Agreement and acknowledges, agrees, and accepts the TOS and Privacy Policy.

14.    As illustrated in the Plex Userflow screenshot within **Exhibit C**,  a hyperlink is available for a user to immediately access Plex's TOS by pressing on the "Terms of Service" link,

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

which is in bold font.

15.    As illustrated in the Plex Userflow screenshot within **Exhibit C**,  a hyperlink is available for a user to immediately access Plex's Privacy Policy by pressing on the "Privacy Policy" link, which is in bold font.

16.    Plaintiff encountered the  TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto when Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63) and the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto were presented directly below the "Create an Account" button, as shown in the Plex Userflow screenshot depicted in **Exhibit C**.

17.    Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63) and therefore Plaintiff had the opportunity to review the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto prior to clicking on the "Create an Account" button, thereby consenting to the TOS and Privacy Policy, as shown in the Plex Userflow screenshot depicted in **Exhibit C**..

18.    Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63) and therefore Plaintiff manually and affirmatively clicked on the "Create an Account" button and affirmatively agreed to the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto.

19.    At the time Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), the TOS included a mandatory arbitration agreement and class action waiver. *See* **Exhibit A**.

20.    At the time Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Section 21 of the TOS, provided, in part:

You and Plex agree to only bring claims arising from this TOS on an individual

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

1
2
3
4

basis and not as a plaintiff or class member in any purported class or representative action or proceeding. Unless you and Plex agree otherwise, more than one person's or party's claims may not be consolidated. You and Plex agree that relief (including monetary, injunctive, and declaratory relief) may be awarded only in favor of the individual party seeking relief and only to the extent necessary to provide relief necessitated by that party's individual claim(s).

5    *See* **Exhibit A** .

6
7

21.    At the time Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Section 23 of the TOS, provided, in part:

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

ARBITRATION. You agree that all disputes between you and Plex (whether or not such dispute involves a third party) with regard to your relationship with Plex, including, without limitation, disputes related to this TOS, your use of the Plex Solution, and/or rights of privacy and/or publicity, will be resolved by binding, individual arbitration. Without limiting Plex's right to seek injunctive or other equitable relief (as set forth below), any disputes arising with respect to this TOS between you and Plex ("parties") shall be referred to an arbitrator affiliated with the Judicial Arbitration and Mediation Services, Inc. ("JAMS"). The arbitrator shall be selected by joint agreement of the parties. In the event the parties cannot agree on an arbitrator within thirty (30) days of the initiating party providing the other party with written notice that it plans to seek arbitration, the parties shall each select an arbitrator affiliated with JAMS, which arbitrators shall jointly select a third such arbitrator to resolve the dispute. Arbitration shall be conducted under the rules then prevailing of JAMS/ENDISPUTE Streamlined Arbitration Rules and Procedures in effect at the time of filing of the demand for arbitration. The parties specifically incorporate the terms of California Code of Civil Procedure Section 1283.05 with respect to discovery. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. The arbitration proceeding shall be carried on and heard in Santa Clara County, California using the English language. In any action or proceeding to enforce rights under this TOS, the prevailing party will be entitled to recover costs and reasonable attorneys' fees from the other party. You may bring claims only on your own behalf. Neither you nor Plex will participate in a class-wide arbitration for any claims covered by this TOS. This dispute resolution provision will be governed by the Federal Arbitration Act.

23    *See* **Exhibit B** .

24
25
26
27

22.    From time to time, Plex updates its TOS. As relevant here, Plex last updated its TOS on April 11, 2024 (the "Amended TOS"). A true and correct copy of the Amended TOS is attached to this declaration as **Exhibit D**.

28

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

23.    Section 9 of the Amended TOS includes a forum selection clause, which provides, in part:

> Subject to the foregoing informal dispute resolution, any action arising from or in any way related to the Plex Solution, your use of or access to the Plex Solution, or this TOS will be brought in the courts presiding in the state of Delaware, and all parties to this TOS expressly agree to be subject to the jurisdiction of such courts. You and Plex waive trial by jury except where such waiver is prohibited by law.

*See* **Exhibit D**.

24.    From time to time, Plex updates its Privacy Policy. As relevant here, Plex last updated its Privacy Policy on June 28, 2024. Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), the Privacy Policy is connected with a user's use of the Plex Solution and describes (i) the method by which Plex collects user's, including Plaintiff's, personal information; (ii) the method by which Plex uses user's, including Plaintiff's, personal information; and (iii) the method by which Plex discloses user's, including Plaintiff's, personal information. *See* **Exhibit B**.

25.    Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), the  Privacy Policy described the method by which a Plex user, including Plaintiff, may control and access his or her personal information. *See* **Exhibit B**.

26.    Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Plex did not receive a written or oral request from Plaintiff withdrawing consent or opting-out of Plex's ability pursuant to the Privacy Policy to collect, process, share and/or sell his personal information with third-parties.

27.    Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Plex did not receive a written or oral request from Plaintiff withdrawing consent or opting-out of Plex's ability to use Plaintiff's personal information for promotional purposes.

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

28.    Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Plex did not receive a written or oral request from Plaintiff requesting any of his personal information that was collected by Plex be deleted.

29.    Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Plex's TOS and Privacy Policy were available on Plex's Website, including on the Plex Userflow and directly at https://www.plex.tv/about/privacy-legal/plex-terms-of-service/ and https://www.plex.tv/about/privacy-legal/.

30.    Plaintiff alleges in his Complaint that "in or around April 2020, Plaintiff created a Plex account" (*See* Complaint, at ¶ 63), and thereby, via the process described earlier, consented to the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto when signing up for and creating his Plex account, and when using the Plex Solution.

31.    Additionally, Plaintiff alleges "since creating a Plex account, Plaintiff frequent[ly] [visited] the site to watch videos, including as recently as April 2024" (*See* Complaint, at ¶ 64), and therefore  because Plaintiff has continued to login to and use his Plex account and the Plex Solution, he has continually consented to the TOS and  Privacy Policy.

32.    At no point hereto did Plex take action to directly inform a user, including Plaintiff, of the Amended TOS, whether by e-mail or other means.

33.    Since Plaintiff allegedly "created a Plex account" "in or around April 2020" (*See* Complaint, at ¶ 63), Plex's TOS included a change of-term-provision, where  Plex reserves the right to change terms and conditions of the TOS. **See Exhibit B**.

34.    The Modified Clickwrap Agreement relates to widely available services such that Plaintiff could have gone elsewhere, such as but not limited to Netflix, Hulu, Amazon Prime Video, Disney Plus, Tubi, and/or Paramount Plus.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

1  I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing

2  is true and correct.

3

4        Executed July 29, 2024, at Chapel Hill, North Carolina

5

6

7                                              Ricardo Castro
                                    _____
                                              RICARDO CASTRO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX
GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO
COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

# EXHIBIT A



# Terms of Service

Revised January 1, 2020

IMPORTANT—PLEASE READ THE FOLLOWING TERMS OF SERVICE (REFERENCED HEREIN AS "_TOS_") BEFORE OR WHEN USING THE PLEX WEBSITE, A PLEX SOFTWARE, MOBILE, OR WEB APPLICATION(S), OR ANY RELATED PLEX SERVICE(S) (referenced collectively herein as the "Plex Solution"). PLEX GmbH ("Plex") IS WILLING TO

**Privacy Policy**

**Privacy Preferences**

**Terms**

**Copyright**

**Trademarks**

**Subscriptions and Billing**

LICENSE AND PERMIT USE OF THE PLEX SOLUTION SUBJECT AT ALL TIMES TO AGREEMENT WITH THIS TOS. BY USING OR OTHERWISE ACCESSING THE PLEX SOLUTION, YOU ACCEPT AND AGREE TO THIS TOS. IF YOU DO NOT AGREE TO THIS TOS, DO NOT USE THE PLEX SOLUTION.

**Content Guidelines**

1. **LICENSE**.

   1.1. <u>Plex Solution Overview</u>. For more information regarding the currently available Plex Solution, please click here. The Plex Solution is provided pursuant to this TOS to individual persons (and not entities) residing in the countries or regions where Plex makes available its products and services.

1.2. <u>General Plex Solution Grant</u>. The Plex Solution is made available by Plex, and this TOS provides to you (identified herein as "<u>you</u>" or a "<u>user</u>" or with "<u>your</u>" (as further described below)) a personal (non-commercial), revocable, limited, non-exclusive, nontransferable, and non-sublicensable license to access and use the Plex Solution (by you and your Authorized Users (as defined below)) conditioned on your continued compliance with this TOS. You may print and download Plex materials and information from the Plex Solution solely for your personal use, provided that all hard copies contain all

copyright and other applicable notices contained in (or that are required to be displayed with) such materials and information and that you (or your Authorized User(s)) do not further distribute or disclose such materials and information. The content layout, formatting, and features (or functionality) of and online or remote access processes for the Plex Solution shall be as made available by Plex in its sole discretion. You also acknowledge and agree to the following: (i) Plex has the right to control and direct the means, manner, and method by which the Plex Solution is provided; (ii) Plex may,

from time to time, engage independent contractors, consultants, or subcontractors to aid Plex in providing the Plex Solution or use thereof; and (iii) Plex has the right to provide the Plex Solution to others.

1.3. <u>PMS Software Download(s)</u>. Plex may make downloadable software or a mobile application(s) available through or as a part of the Plex Solution for use in connection with your personal media management ("<u>PMS Software</u>"). The right to use the PMS Software is provided as a part of the grant (above) to use the Plex Solution in accordance with this TOS and subject to the following additional

obligations. You may only use the PMS Software on a device or hardware that you own or control and as a part of your use of the Plex Solution or other Plex service. You hereby acknowledge that the PMS Software may include or allow integration with certain third-party executable modules that may be subject to additional license terms and conditions. Please click here for more information regarding such modules, but unless otherwise indicated, references to the Plex Solution herein shall include the PMS Software and any integrated third-party executable module(s) that you utilize.

1.4. <u>Content Available Through the Plex Solution</u>. In connection with the foregoing grant to use the Plex Solution, the Plex Solution allows you to view or otherwise access original Plex or third party Content. "Content" includes, but is not limited to, text, graphics, photos, sounds, audio, and videos in the form of, by way of example and not limitation, news reports, podcasts, videos, and music. The availability of such Content may change and not all Content is available in all formats. Use of the Content is subject to the license grant for the Plex Solution, but in addition, shall remain non-transferable and may be subject to

additional license grant terms set by the respective third party licensor(s). Third-party Content displayed or accessible through the Plex Solution is protected by copyright and other intellectual property law and belongs to the respective owner(s) or licensor(s). This TOS does not grant you the right to copy (further), distribute, prepare derivative works, publicly display, or otherwise use any Content. You are expressly prohibited from engaging in or facilitating the unauthorized sharing or distribution of Content.

1.5. Plex Solution Updates. Plex may, but is not obligated to,

update the Plex Solution with updates, upgrades, enhancements, improvements, additions, new or incremental features or functionality of and generally made available through the Plex Solution (as determined by Plex in its sole discretion), or modifications that are provided as part of product support and any other support or maintenance services that Plex provides as part of or otherwise in connection with the Plex Solution (collectively, "Plex Solution Updates"). In some instances, you may be required to consent to or to agree to use and implement an applicable Plex Solution Update in a

timely manner, including, without limitation, as a means to protect the Plex Solution from unauthorized use, content, or data. If you decline a Plex Solution Update, you may not be able to use or access the Plex Solution (in whole or in part), and Plex shall have no responsibility or liability for any continued use. Unless otherwise indicated, references to the Plex Solution include any Plex Solution Updates.

1.6. <u>Support</u>. This TOS does not entitle you to any support or installation service (collectively, "<u>Support</u>"). Any such Support that may be made available by Plex, in its sole discretion, shall be

1.7. <u>Authorized User(s)</u>. Subject to any third party license restrictions for applicable Content, you may enable members of your immediate family and for whom you will be responsible (each, an "<u>Authorized User(s)</u>") to access and use the Plex Solution so long as all such use remains in compliance with this TOS. Nevertheless, you acknowledge and agree that you shall be responsible for monitoring your own and your Authorized User(s)'s use of the Plex Solution and for maintaining compliance with this TOS and any third party

license restrictions for applicable Content. Any breach of this TOS by an Authorized User(s) shall constitute a breach by you. Unless otherwise indicated, references to "<u>you</u>" or "<u>your</u>" throughout this TOS therefore mean you, your Authorized User(s), and the person or entity named on your account with Plex.

2. **LICENSE GRANT RESTRICTIONS**. This TOS is only a license and not an assignment or sale. Plex transfers no ownership or intellectual property interest or title in and to the Plex Solution to you or anyone else. Further, Plex reserves all rights not expressly granted by this TOS. Accordingly, you may not modify, translate, decompile, create

derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense (other than to an Authorized User(s)), transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use in any manner not expressly permitted herein (or by Plex) the Plex Solution. In particular, and without limitation of the foregoing, there is no right to distribute further the PMS Software to the public or in excess of the limited license (above). Moreover, this TOS does not grant any right to modify the PMS Software or provide a right or license in or to any third-party executable module(s) or accessible content beyond the

limited and express grant
herein.

3. **INTERFACING
SOFTWARE**. "Interfacing
Software" means any
software that you obtain or
provide and that accesses
or calls any PMS Software
provided by Plex as part of
the Plex Solution
including, but not limited
to, plug-ins for the Plex
Solution, channel plug-ins,
metadata agents, and
client applications that
communicate directly or
indirectly with the Plex
Solution. You are
responsible and liable for
any Interfacing Software,
including any data
collection that may be
undertaken or occur
through the Interfacing
Software. Plex encourages
the implementation and
adherence of data
collection and use
practices substantially

similar to those articulated in the privacy policy of Plex (identified below). By making, or assisting others in making, available any Interfacing Software, you hereby grant Plex a worldwide, non-exclusive, and royalty-free right and license to use (including testing, hosting, and linking to), copy, publicly perform, publicly display (including screenshots), reproduce in copies for distribution, market or promote (as a part of the Plex Solution or other services of Plex), and distribute the copies of any Interfacing Software (or its associated name). In connection therewith, you hereby agree to provide and include (or link to) a privacy notice summarizing practices consistent with the privacy policy of Plex noted below and include in the source

code of the Interfacing Software a copyright notice of the form: Copyright © <year> <copyright holders>. Any data collection by Plex shall be in a manner consistent with Plex's privacy policy (noted below). Subject to the inclusion by Plex of this notice (if first provided to Plex by you), you grant, and authorize Plex to grant on your behalf, if necessary, a license, free of charge, to any person obtaining a copy of the Interfacing Software and associated documentation files from Plex, to deal in the Interfacing Software without restriction, including, without limitation, the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Interfacing Software, and to permit

persons to whom the Interfacing Software is furnished to do so. You represent and warrant that you have all rights necessary to make the foregoing grants, and you further agree that you will use and integrate the Interfacing Software in a manner consistent with acceptable use of the Plex Solution pursuant to this TOS. You may notify us (please click here) if you do not wish for Plex to use the Interfacing Software that was created by and is owned by you. Any such notification must include all requested information and representations (as indicated by Plex). Plex will comply with such a proper request and cease its own use of the Interfacing Software, but Plex must be granted a transition period of at least thirty (30) days after

receipt of the request to comply. Plex, however, shall not be obligated to confirm removal or cessation of the Interfacing Software by you or others (including Authorized Users) outside its control.

4. **GENERAL USER OBLIGATIONS**. You represent that you are at least eighteen (18) years of age (or the legal age of majority, whichever is greater) and will, at all times, provide true, accurate, current, and complete information when submitting information or materials on or through the Plex Solution, including, without limitation, when you provide information via a Plex Solution registration, account, or submission form. You are responsible for

completing any registration(s) or account requirements for access to applicable third party Content available through the Plex Solution. Individuals under the age of eighteen (18) (or the applicable age of majority) may utilize the Plex Solution only with the involvement and acceptance of (this TOS by) a parent or legal guardian and then solely as an Authorized User under a parent or legal guardian's account. You further represent that you (or the person agreeing to, accepting, or acting under this TOS) are authorized to act on behalf of the person or entity named on the account with Plex. In addition, you agree to abide by all applicable local, state, national, and international laws and regulations with respect to

your use of the Plex Solution. In particular, you may not take any action that will infringe on the intellectual property rights of Plex or any other third party. You acknowledge that unauthorized use of copyrighted content of others may subject you to civil and criminal penalties, including possible monetary damages, for copyright infringement. You also acknowledge and agree that use of the Internet and the Plex Solution is solely at your own risk. You further understand that by using the Plex Solution you may encounter content that you may find offensive, indecent, or objectionable. You assume all responsibility for obtaining and paying for all licenses and costs for third-party software and hardware necessary

for access to the Plex
Solution, and for
maintaining and backing-
up your content and data.

5. **USER CONTENT &
ACCEPTABLE USE**. The
Plex Solution enables you
to access content, data,
communication, and other
interactive features and
functionality (with such
uploaded, downloaded,
shared, or exchanged
information or content
referenced collectively
herein as a "<u>User
Content</u>"). Distribution of
User Content may be
subject to third-party
rights. You agree that by
using the Plex Solution
you will not upload, post,
display, or transmit any of
the following:

   ▪ anything which
     defames, harasses,
     threatens, offends, or in
     any way violates or
     infringes on the rights

(including, without limitation, patents, copyrights, or trademark rights) of others;

- anything which may damage, lessen, or harm the goodwill or reputation of Plex and its services;

- anything which involves the impersonation of any other person or entity;

- anything which constitutes viral or harmful programming code, files, or software;

- anything which constitutes junk mail, spam, or unauthorized advertising; or

- anything which is unlawful.

Plex reserves the right to establish additional practices, parameters, and

limits in its sole discretion concerning the display or availability of any User Content. Further, Plex shall not have any obligation to incorporate or utilize any User Content that does not correspond to or meet Plex's technical or usage practices, parameters, and limits.

6. **PERMISSION TO USE USER CONTENT**. You continue to retain any ownership rights you have in the User Content you make available to Plex and/or the Plex Solution. However, by submitting or making available any type of User Content, you automatically and hereby grant to Plex a royalty-free, transferable, sub-licensable and non-exclusive right and license to use or act on any such User Content in furtherance of and in

connection with the operation of the Plex Solution. The rights you grant are limited to the purpose of providing and operating the Plex Solution. You specifically acknowledge that the Plex Solution facilitates distribution of the User Content, and as a part of the foregoing grant, you permit any user with whom you share content a non-exclusive license to access and use the User Content through the Plex Solution as permitted through the functionality of the Plex Solution. You represent that you have all necessary rights to make the foregoing grants and to otherwise make User Content(s) available to Plex and for (and through) the Plex Solution.

7. **NO PRE-SCREENING OF USER CONTENT;**

**REMOVAL**. Plex is not responsible for pre-screening or editing your or any other user's User Content, support forum posts, or any other communications and encourages all of its users to use reasonable discretion and caution in evaluating or reviewing any such content or communications. Moreover, Plex does not endorse, oppose, or edit any opinion or information provided by you or another user (unless separately and expressly provided by Plex) and does not make any representation with respect to, nor does it endorse the accuracy, integrity, quality, acceptability, completeness, timeliness, lawfulness, suitability, or reliability of any User Content or

communications
displayed, uploaded, or
distributed by you or any
other user. You also
acknowledge that Plex
has no control over the
extent to which any idea,
content, or information
may be used by any party
or person once it's posted,
shared, or displayed.
Nevertheless, Plex
reserves the right to take
any action within its
control with respect to
User Content (or parts
thereof), support forum
posts, or any other
communications that Plex
reasonably believes is
necessary to: (i) satisfy any
applicable law, regulation,
legal process or
governmental request; (ii)
enforce this TOS, including
investigation of potential
violations hereof; (iii)
detect, prevent, or
otherwise address fraud,
security, or technical

issues; (iv) respond to user support requests; (v) protect the rights, property, or safety of Plex, its users, or the public; or (vi) address any act or omission that Plex believes in good faith violates this TOS and/or is, or is potentially, unlawful or harmful to Plex, its services, or goodwill.

8. **ACCOUNT**. You may be required to provide certain personal information necessary to create an account with Plex. You may be required to create login credentials, such as a user name and password, or adhere to other particular access requirements as designated by Plex in its sole discretion from time to time. You are solely responsible for the activity that occurs on your account and agree to

keep your login credentials confidential and secure. You acknowledge that Plex may not provide controls that restrict the maturity level of content available through the Plex Solution. If you allow your child (under the age of 18 or the legal age of majority, whichever is greater) to access your Plex account, you are solely responsible for monitoring your child's use of the Plex Solution and determining what maturity level is appropriate for or accessible to your child. You shall immediately notify Plex if you suspect or become aware of any loss or theft of or unauthorized use of your access credentials.

9. **SUBSCRIPTION & SALES**.

9.1. <u>Subscription</u>. Plex currently offers access to the Plex Solution at no cost. However, Plex may make available fee-based subscription offering(s). Please click here for more information. The subscription cost, subscription term, available trial period (if any), renewal information, and permitted payment methods will be specified at the time of order. All subscriptions are billed immediately in advance and are final unless otherwise indicated by Plex or as may be required under applicable law. There will be no refunds or credits for partial months, upgrades/downgrades, or nonuse.

9.2. <u>Subscription Changes & Renewal</u>. Subscription fees are subject to change (with prior notice) and shall apply to the upcoming renewal period (if any) as indicated. Such notice may be provided by email or by posting the changes to your Plex account, the Plex website, or through the Plex Solution. When you enroll in any recurring subscription arrangement, you authorize Plex to automatically charge the billing source you provided Plex at the time you enrolled for the subscription term specified (at the time of enrollment) until the subscription ends or you cancel your enrollment. To avoid being charged for the next renewal period,

you must cancel at least one (1) day prior to the end of the then-current Plex subscription term. You may cancel by clicking here. For any change (upgrade or downgrade) in your subscription that you make or request, your fee and method of payment will be automatically adjusted and charged (as applicable) at the new rate on your next billing cycle. Downgrading your subscription may cause the loss of content, features, or capacity of your account.

9.3. Payment. Plex shall charge and you shall be responsible for payment of all taxes, tariffs, levies, or duties (except that Plex does

collect VAT in certain countries). Unless otherwise indicated by Plex in writing, all amounts are immediately due and payable upon order (or renewal). Upon placing an order, you therefore agree to pay using the payment method indicated and grant authorization to Plex to charge the applicable (fee) to your payment provider. All transactions, however, are void where prohibited by law and Plex may request particular information in order to confirm the order and method of payment. Plex also reserves the right to terminate or suspend access to the Plex Solution if you fail to pay any amounts when due. Unless otherwise

specified herein, all obligations with respect to the amounts due to Plex under the TOS shall survive any expiration or termination of the TOS.

10. **PROPRIETARY RIGHTS**.
    The Plex Solution is owned by Plex GmbH or its licensor(s). Copyright 2016-2018 © Plex GmbH and/or its licensor(s). All rights reserved. All content available through the Plex Solution, unless otherwise indicated, is protected by copyright, trade secret, or other intellectual property laws. PLEX, the Plex logo, and all other names, logos, and icons identifying Plex and its solutions, products, and services are proprietary trademarks of Plex, and any use of such marks without the express written permission of Plex

is strictly prohibited.
Please see the Plex
Trademarks and
Guidelines policy
statement available here
for more information
regarding the trademarks
or service marks of Plex.
Other service, product, or
company names
mentioned herein may be
the trademarks and/or
service marks of their
respective owners.

11. **THIRD-PARTY CONTENT**.
Third-party content
displayed or accessible
through the Plex Solution
is protected by copyright
and other intellectual
property law and belongs
to the respective owner.
Use of the third-party
content is subject to the
terms of use of the third
party providing such
content. This TOS does not
grant you the right to copy,
distribute, prepare

derivative works, publicly display, or otherwise use any third-party content. You are expressly prohibited from engaging in or facilitating the unauthorized sharing or distribution of third-party content.

12. **CONFIDENTIALITY**. You acknowledge and agree that the Plex Solution contains confidential or nonpublic information that is the trade secret(s) of Plex and/or its licensors (the "Confidential Information"). You agree to secure and protect the confidentiality of the Confidential Information of Plex (and/or its licensors) in a manner consistent with the maintenance of Plex's rights therein, using at least as great a degree of care as you use to maintain the

confidentiality of your own
confidential information of
a similar nature, but in no
event using less than
reasonable efforts. You
shall not, nor permit any
third party to, sell, transfer,
publish, disclose, or
otherwise make available
any portion of the
Confidential Information
to third parties, except as
expressly authorized in
this TOS.

13. **FEEDBACK**. Plex
    welcomes your feedback
    and suggestions about
    Plex's products or services
    or with respect to how to
    improve the Plex Solution.
    By transmitting any
    suggestions, information,
    material, or other content
    (collectively, "Feedback")
    to Plex, you represent and
    warrant that such
    Feedback does not
    infringe or violate the
    intellectual property or

proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey to Plex and enable Plex to use such Feedback. In addition, any Feedback received by Plex will be deemed to include a royalty-free, perpetual, irrevocable, transferable, non-exclusive right and license from you for Plex to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works of, and display (in whole or in part) worldwide, or act on such Feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist therein, and you hereby

14. **MOBILE USAGE**. The Plex Solution offers a tool(s) or display functionality that is available to you via your mobile phone or other mobile computing device ("Mobile Plex Solution(s)"). Please note that your mobile carrier's normal messaging, data, and other rates and fees will apply to your use of the Mobile Plex Solution(s). In addition, downloading, installing, or using certain Mobile Plex Solution(s) may be prohibited or restricted by your mobile carrier, and not all Mobile Plex Solution(s) may work with all carriers or devices or in all locations. Therefore, you are solely responsible for checking with your mobile carrier to determine if the Mobile Plex Solution(s) are

available for your mobile devices; what restrictions, if any, may be applicable to your use of the Mobile Plex Solution(s); and how much such use will cost you. Nevertheless, your use of the Plex Solution shall be strictly in accordance with this TOS.

15. **LINKS TO OTHER SITES OR APPLICATIONS**. Plex may provide links, in its sole discretion, to other sites or applications on the Internet, including to the Plex Store. Such other sites are maintained by third parties over which Plex exercises no control. These links do not imply an endorsement with respect to any third party or any third-party web site or the information, products, or services provided by any third party. Plex encourages review of the applicable

terms, conditions or
notices governing use of
these third party sites or
applications.

16. **THIRD-PARTY
PLATFORMS &
NETWORKS**. Certain
features allow you to
synchronize your content
across third-party
platforms and networks.
These features will
enhance the performance
of the Plex Solution and
allow you to better
integrate and harmonize
the Plex Solution with
information stored on or
used with third-party
networks. Using this
functionality typically
requires you to login to
your account on the third-
party service, and you do
so at your own risk. You
should always review, and
if necessary, adjust your
privacy settings on these
networks and platforms

before linking or connecting them to the Plex Solution. You expressly acknowledge and agree that Plex is in no way responsible or liable for any such third-party services or features.

17. **ADDITIONAL TERMS AND CONDITIONS.** Additional notices, terms, and conditions may apply to certain subscription arrangements (including sign-up or registration), Plex products, solutions, or services, receipt of (or access to) certain content, participation in a particular program, and/or to specific portions or features of the Plex Solution. Without limitation of the foregoing, you hereby agree that (a) this TOS operates in addition to any terms of use imposed or required by any digital download

platform from which you download the Plex Solution ("App Provider Terms"); and (b) the terms of this TOS supplement and do not alter or amend any such App Provider Terms.

18. **PRIVACY POLICY**. Please see Plex's Privacy Policy for a summary of Plex's personally identifiable information collection and use practices. Plex is not responsible for your use of Interfacing Software or of and any data collection or related usage practices associated with your operation or maintenance of any Interfacing Software. You further agree that any notices, agreements, disclosures, or other communications that Plex sends you electronically (using the contact information you provide through the Plex

Solution) will satisfy any legal communication requirements.

19. **REPRESENTATION(S)**. You represent and warrant that (i) the person accepting this TOS has the legal authority to bind the named person on the account, and (ii) he or she has the right, power, and authority to (a) enter into this TOS, (b) make the respective and applicable representations and warranties contained herein, and (c) commit to and perform the respective duties, obligations, and covenants set forth hereunder.

20. **DISCLAIMER**. THE PLEX SOLUTION IS PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS AND MAY INCLUDE ERRORS, OMISSIONS, OR OTHER

INACCURACIES. PLEX
MAY MAKE
MODIFICATIONS AND/OR
CHANGES IN THE PLEX
SOLUTION AT ANY TIME
AND FOR ANY REASON.
OTHER THAN THE RIGHT
TO FULFILL ITS
OBLIGATIONS UNDER
THIS TOS, AND TO THE
MAXIMUM EXTENT
PERMITTED BY
APPLICABLE LAW, PLEX
EXPRESSLY DISCLAIMS
ALL OTHER WARRANTIES,
EITHER EXPRESS OR
IMPLIED, INCLUDING,
WITHOUT LIMITATION,
ANY WARRANTIES OF
INTERFERENCE WITH
ENJOYMENT OF
INFORMATION, SECURITY,
NON-INFRINGEMENT,
MERCHANTABILITY,
QUALITY, OR FITNESS
FOR A PARTICULAR
PURPOSE. MOREOVER,
YOU ACKNOWLEDGE
AND AGREE THAT PLEX
DOES NOT WARRANT

THAT THE PLEX
SOLUTION WILL OPERATE
FREE OF VIRUSES,
MALWARE, OR HARMFUL
PROGRAMMING
SOFTWARE (OR CODE),
ERROR-FREE,
UNINTERRUPTED, OR IN A
MANNER THAT WILL
MEET YOUR
REQUIREMENTS OR MEET
ANY LEGAL, TECHNICAL,
OR CERTIFICATION
STANDARD. BECAUSE
THE PLEX SOLUTION IS
BASED ON YOUR
CONTENT AND DATA, THE
ENTIRE RISK AS TO THE
QUALITY AND
PERFORMANCE OF THE
PLEX SOLUTION IS WITH
YOU. IF THIS DISCLAIMER
OF WARRANTY IS HELD
TO BE UNENFORCEABLE
BY A COURT OF
COMPETENT
JURISDICTION IN ANY
MANNER, THEN ALL
EXPRESS AND/OR
IMPLIED WARRANTIES

MANDATED BY SUCH
COURT SHALL BE
LIMITED IN DURATION TO
A PERIOD OF THIRTY (30)
DAYS FROM THE
COMMENCEMENT OF
THE INITIAL PERIOD FOR
THE PLEX SOLUTION AND
NO WARRANTIES SHALL
APPLY AFTER THIS THIRTY
(30) DAY PERIOD.

21. **LIMITATION OF LIABILITY**.
YOU EXPRESSLY
ABSOLVE AND RELEASE
PLEX FROM ANY CLAIM
OF HARM RESULTING
FROM A CAUSE BEYOND
PLEX'S CONTROL,
INCLUDING, WITHOUT
LIMITATION, ANY DAMAGE
CAUSED BY HARDWARE,
FILES, SYSTEMS,
SOFTWARE, SERVICES,
OR NETWORKS OUTSIDE
THE CONTROL OF PLEX.
PLEX IS NOT
RESPONSIBLE OR LIABLE
FOR YOUR OR ANY
OTHER PERSON'S USE

OF ANY INTERFACING
SOFTWARE (OUTSIDE ITS
CONTROL). MOREOVER,
ALL USER CONTENT (OR
OTHER DATA OR
CONTENT) YOU ACCESS
THROUGH THE PLEX
SOLUTION IS AT YOUR
OWN RISK. IN
CONNECTION
THEREWITH, YOU
SPECIFICALLY
ACKNOWLEDGE THAT
PLEX SHALL NOT BE
LIABLE FOR ANY LOSS OR
DAMAGE OF ANY KIND
INCURRED AS A RESULT
OF YOUR USE (OR DELAY
IN USE) OF OR FAILURE
TO STORE ANY DATA OR
CONTENT MADE
AVAILABLE THROUGH
THE PLEX SOLUTION AND
SHALL NOT BE LIABLE
FOR ANY USE OF ANY
USER CONTENT BY
OTHERS, INCLUDING
YOUR AUTHORIZED
USERS. MOREOVER, IN
NO EVENT SHALL PLEX

BE LIABLE FOR ANY
INDIRECT, PUNITIVE,
INCIDENTAL, SPECIAL, OR
CONSEQUENTIAL
DAMAGES ARISING OUT
OF OR IN ANY WAY
CONNECTED WITH THE
USE OF THE PLEX
SOLUTION OR WITH THE
DELAY OR INABILITY TO
USE THE PLEX SOLUTION,
EVEN IF PLEX HAS BEEN
ADVISED OF THE
POSSIBILITY OF SUCH
DAMAGES.
NOTWITHSTANDING THE
FOREGOING, TOTAL
LIABILITY OF PLEX FOR
BREACH OF THIS TOS IS
CESSATION OF USE OF
THE PLEX SOLUTION AND
FOR ANY OTHER REASON
RELATED TO OR ARISING
OUT OF YOUR USE OF
THE PLEX SOLUTION
WHATSOEVER FOR AN
AMOUNT NOT
EXCEEDING $100 OR THE
TOTAL AMOUNT
ACTUALLY PAID BY YOU

TO PLEX DURING THE
PAST THREE MONTHS IN
CONNECTION WITH
YOUR INDIVIDUAL USE
OF THE PLEX SOLUTION,
WHICHEVER IS GREATER.
You and Plex agree to only
bring claims arising from
this TOS on an individual
basis and not as a plaintiff
or class member in any
purported class or
representative action or
proceeding. Unless you
and Plex agree otherwise,
more than one person's or
party's claims may not be
consolidated. You and
Plex agree that relief
(including monetary,
injunctive, and declaratory
relief) may be awarded
only in favor of the
individual party seeking
relief and only to the
extent necessary to
provide relief necessitated
by that party's individual
claim(s).

22. **INDEMNIFICATION**. You agree to indemnify, defend, and hold Plex (and its affiliated companies, contractors, employees, agents, and suppliers and partners) harmless from any and all claims, suits, actions, liabilities, losses, costs, damages, expenses, and any other liabilities, including, without limitation, attorneys' fees, arising out of or related in any manner to your breach or alleged breach of this TOS, your Interfacing Software, or for any violation or alleged violation of the rights (including, without limitation, patents, copyrights, or trademark rights) of any other person or entity by your User Content.

23. **ARBITRATION**. You agree that all disputes between

you and Plex (whether or not such dispute involves a third party) with regard to your relationship with Plex, including, without limitation, disputes related to this TOS, your use of the Plex Solution, and/or rights of privacy and/or publicity, will be resolved by binding, individual arbitration. Without limiting Plex's right to seek injunctive or other equitable relief (as set forth below), any disputes arising with respect to this TOS between you and Plex ("parties") shall be referred to an arbitrator affiliated with the Judicial Arbitration and Mediation Services, Inc. ("JAMS"). The arbitrator shall be selected by joint agreement of the parties. In the event the parties cannot agree on an arbitrator within thirty (30) days of the initiating party

providing the other party with written notice that it plans to seek arbitration, the parties shall each select an arbitrator affiliated with JAMS, which arbitrators shall jointly select a third such arbitrator to resolve the dispute. Arbitration shall be conducted under the rules then prevailing of JAMS/ENDISPUTE Streamlined Arbitration Rules and Procedures in effect at the time of filing of the demand for arbitration. The parties specifically incorporate the terms of California Code of Civil Procedure Section 1283.05 with respect to discovery. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. The arbitration proceeding shall be carried on and heard in

Santa Clara County, California using the English language. In any action or proceeding to enforce rights under this TOS, the prevailing party will be entitled to recover costs and reasonable attorneys' fees from the other party. You may bring claims only on your own behalf. Neither you nor Plex will participate in a class-wide arbitration for any claims covered by this TOS. This dispute resolution provision will be governed by the Federal Arbitration Act.

24. **GOVERNING LAW**. The Plex Solution is controlled and operated by Plex from its offices within the United States. This TOS has been made in and will be construed and enforced in accordance with the laws of the State of California as applied to

agreements entered into and completely performed in the State of California. You access and use the Plex Solution on your own volition and are responsible for compliance with all applicable laws with respect to your access and use of the Plex Solution. Additionally, Plex's headquarters are located in the United States. Please be aware that information you provide to Plex, or that Plex obtains as a result of your use of the Plex Solution, may be processed and transferred to the United States and be subject to United States law. Subject to the foregoing arbitration right, any action to enforce this TOS will be brought in the courts presiding in the Superior Court of Santa Clara County and the

United States District Court for the Northern District of California, and all parties to this TOS expressly agree to be subject to the jurisdiction of such courts. You and Plex waive trial by jury. Moreover, you may bring claims only on your own behalf. Neither you nor Plex will participate in a class action or class-wide arbitration for any claims covered by this TOS. You also agree not to participate in claims brought in a private attorney general or representative capacity, or consolidated claims involving another person's account, if Plex is a party to the proceeding.

25. **COMMUNICATIONS AND NOTICE**. Any communication(s) or notice (and any related materials or information)

to be sent pursuant to this TOS shall be in the English language and shall be deemed provided: (a) upon receipt if by personal delivery; (b) upon receipt if sent by certified or registered U.S. Mail (return receipt requested); (c) one day after it is sent if by next-day delivery by a major commercial delivery service; or (d) with respect to termination of this TOS or for information applicable generally to end users of the Plex Solution, to the email address designated by you.

26. **EXPORT CONTROL AND LEGAL COMPLIANCE**. You represent and warrant that you are not (a) located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist

supporting" country; and (b) listed on any U.S. Government list of prohibited or restricted parties. You hereby agree that (i) you will comply with all applicable Sanctions and Export Control Laws, (ii) you are solely responsible for ensuring that the Plex Solution is used, disclosed, and/or transported only in accordance with all applicable Sanctions and Export Control Laws, and (iii) you will not re-export or transfer the Plex Solution, in any form, directly or indirectly, to any person or entity based in Cuba, Iran, Syria, Sudan, South Sudan, or North Korea.

27. **ENFORCING SECURITY**. You may not use the Plex Solution or any of Plex's data, systems, network, or

services to engage in, foster, or promote illegal, abusive, or irresponsible behavior, including, without limitation, accessing or using Plex data, systems, or networks in an unauthorized manner, attempting to probe, scan, or test the vulnerability of a Plex system or network, circumventing any Plex security or authentication measures, monitoring Plex data or traffic, interfering with any Plex services, collecting or using from the Plex Solution email addresses, screen names, or other identifiers, collecting or using from the Plex Solution information without the consent of the owner or licensor, using any false, misleading, or deceptive TCP-IP packet header information, using the Plex Solution to distribute

software or tools that
gather information,
distributing
advertisements, or
engaging in conduct that
it likely to result in
retaliation against Plex or
its data, systems, or
network. Actual or
attempted unauthorized
use of the Plex Solution
may result in criminal
and/or civil prosecution,
including, without
limitation, punishment
under the Computer Fraud
and Abuse Act of 1986
under U.S. federal law.
Plex reserves the right to
view, monitor, and record
activity through the Plex
Solution without notice or
permission from you. Any
information obtained by
monitoring, reviewing, or
recording is subject to
review by law
enforcement
organizations in
connection with

investigation or prosecution of possible criminal or unlawful activity through the Plex Solution as well as to disclosures required by or under applicable law or related government agency actions. Plex will also comply with all court orders or subpoenas involving requests for such information. In addition to the foregoing, Plex reserves the right to, at any time and without notice, modify, update, suspend, terminate, or interrupt operation of or access to the Plex Solution, or any portion of the Plex Solution in order to protect the Plex Solution or Plex.

28. **INJUNCTIVE RELIEF**. You acknowledge that any breach, threatened or actual, of this TOS, including, without

limitation, with respect to unauthorized use of Plex proprietary assets, will cause irreparable injury to Plex, such injury would not be quantifiable in monetary damages, and Plex would not have an adequate remedy at law. You therefore agree that Plex shall be entitled, in addition to other available remedies, to seek and be awarded an injunction or other appropriate equitable relief from a court of competent jurisdiction restraining any breach, threatened or actual, of your obligations under any provision of this TOS. Accordingly, you hereby waive any requirement that Plex post any bond or other security in the event any injunctive or equitable relief is sought by or awarded to

Plex to enforce any provision of this TOS.

29. **TERM AND TERMINATION**. This TOS will take effect (or re-take effect) at the (and each) time you begin installing, accessing, or using the Plex Solution, WHICHEVER IS EARLIEST, and is effective until terminated as set forth below. Plex reserves the right to terminate this TOS at any time on reasonable grounds, which shall specifically include, without limitation, discontinuation of the Plex Solution (or related services) as an offering of the Plex business, nonpayment, termination of account, fraudulent or unlawful activity, or actions or omissions that violate this TOS, subject to the survival rights of certain provisions identified below. In

addition, Plex shall have the right to take appropriate administrative and/or legal action in the event of breach or (alleged) criminal activity, including alerting legal authorities, as it deems necessary in its sole discretion. You may also terminate this TOS at any time by providing Plex with notice of cancellation, but all applicable provisions of this TOS will survive termination, as identified below. You may close your account by clicking here. Upon termination and in accordance with law, your right to access and use the Plex Solution shall cease (regardless of the subscription period) and you must immediately destroy all copies of any aspect of the Plex Solution in your possession. Termination shall result in

deactivation or deletion of your account with Plex. The provisions concerning Content, License Grant Restrictions, Proprietary Rights, Permission to Use User Content, Proprietary Rights, Feedback, Confidentiality, Additional Terms and Conditions, Disclaimer of Warranty, Limitation of Liability, Indemnification (for a period of one year after termination), Arbitration, Governing Law, Enforcing Security, Injunctive Relief, Term and Termination, Waiver & Severability, and Entire Agreement will survive the termination of this TOS for any reason. Further, Plex shall not be responsible for any damage that may result or arise out of termination of this TOS.

30. **WAIVER & SEVERABILITY**. Failure to insist on strict

performance of any of the terms and conditions of this TOS will not operate as a waiver of any subsequent default or failure of performance. No waiver by Plex of any right under this TOS will be deemed to be either a waiver of any other right or provision or a waiver of that same right or provision at any other time. If any part of this TOS is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers, venue, claim, and liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable, provision that most clearly matches the intent of the original provision and the

remainder of this TOS
shall continue in effect.

31. **ENTIRE AGREEMENT**. No
joint venture, partnership,
employment, or agency
relationship exists
between you and Plex as a
result of this TOS or your
utilization of the Plex
Solution, and you do not
have any authority of any
kind to bind Plex in any
respect whatsoever. This
TOS represents the entire
agreement between you
and Plex with respect to
your individual use of the
Plex Solution. This TOS is
not assignable,
transferable, or sub-
licensable by you except
with Plex's prior written
consent. Plex may transfer,
assign, or delegate this
TOS and its rights and
obligations without
consent. **Please note that
Plex reserves the right to
change the terms and**

conditions of this TOS and the terms and conditions under which the Plex Solution and its offerings are extended to you by posting online a revised TOS or mailing and/or e-mailing notice thereof to you. In addition, Plex may add, modify, or delete any aspect, program, functionality, or feature of the Plex Solution. Your continued use of the Plex Solution following any addition, modification, or deletion will be conclusively deemed acceptance of any change to the terms and conditions of this TOS. Accordingly, please review this TOS found at this location on a periodic basis.

32. **CONTACT INFORMATION**. If you have questions regarding the Plex

Solution or if you are
interested in obtaining
more information
concerning Plex or its
products, services, or
solutions, please contact
Plex.



**Company**

Our Team

Careers

Charity

Plex Labs

Press Room

Partners

CordCutter

Plex Gear

**Plex Pass**

Go Premium

Perks

Gift Plex Pass

## Downloads

Plex Media Server

Apps & Devices

## Support

Articles

Forums

Billing Questions

Status

Bug Bounty

## Blog

## Contact

Copyright © 2020 Plex

Privacy & Legal    AdChoices

Language: English (US)

   

# EXHIBIT B



# Privacy Policy

Revised January 1, 2020

Thank you for using Plex! We here at Plex care deeply about your privacy, and we strive to ensure that your personal information always stays safe while we work hard to provide you a service you love and trust. Our Privacy Policy explains how we collect, use, and transfer your information, and how you can control the use of the information that we collect.

**Privacy Policy**

**Privacy Preferences**

**Terms**

**Copyright**

**Trademarks**

**Subscriptions and Billing**

This Privacy Policy applies to all our products and services, including Plex client apps, streaming content to the Plex client apps, our premium Plex Pass service, Plex Media Server software, and all other Plex software and services (collectively, our "Services"). Your personal content is stored on your personal hardware ("Personal Content"). Except in the limited circumstances described below, we do not collect filenames or content titles of your Personal Content. We do, however, keep usage statistics to allow us to better serve you and improve our Services. We may use information about how you use our Services to run and improve our Services, to provide, customize, and personalize communications and other content that we deliver or offer to you. This is discussed in detail below.

**Content Guidelines**

Download a PDF version
here.

## Contacting Us

You can contact Plex via our
contact page. You can also
browse our FAQ and support
articles.

## Information We
## Collect

You may choose to provide
us with certain information,
such as when you create your
user profile or when you use
the Services. We may also
collect automatically-
generated and technical
information. Therefore, the
information we have
("Collected Information") may
include:

A. **Profile Information**. You
may provide us with
profile information such as
your e-mail address,

username, a profile image, and password when you create an account, or when you edit your account information. You may also provide us with your payment information when you sign-up for a paid service.

B. **Information from External Services**. If you choose to connect your account to an account of an external service, such as a social networking site, we may collect certain information from those accounts, such as your name and email address as well as data required to connect to that service. You may provide such authorization during the connection process, or it may be implicit in the service authorization itself. For example, if you choose to connect your Plex account to a social networking account, we

may collect your public profile information if you agree to the collection of this information during the connection process.

C. **Metadata for Personal Content**. Except for certain exceptions such as Third-Party Control and Playback Mechanisms and image analysis (i.e., metadata about photos when these features are user-enabled, such as geotag information or scene recognition analysis), as described below, we do not collect or store metadata (information about the specific file, cover art, subtitles, running length, etc.) for Personal Content stored on your personal Plex Media Server. However, your Plex Media Server may anonymously send us filenames or other identifiers for your

Personal Content for the sole purpose of providing metadata back to your personal Plex Media Server. You may disable this metadata matching capability.

D. **Metadata for Personal Content for Integration with Third-Party Control and Playback Mechanisms**. We may offer integrations with Third-Party Control and Playback Mechanisms that you may choose to use, such as Sonos, Amazon Alexa, IFTTT, Zapier, SmartThings, webhooks, etc. In order to provide the integrations with the Third-Party Control and Playback Mechanisms, we may collect Metadata for your Personal Content that is needed to integrate with the Third-Party Control and Playback Mechanisms. For example,

if you use Amazon Alexa to play a particular song or movie from among your Personal Content at your home, then our Services may search your Personal Content in order to find and play the song or movie that you requested. Information provided by you to the Third-Party Control or Playback Mechanisms is not governed by this privacy policy.

E. **Usage Statistics for Personal Content**. We may collect usage statistics for Personal Content. This includes information about your interaction with the Services, such as device information, duration, bit rate, media formats, resolution, and media type (music, photos, videos, etc.). Where possible, we will generalize this information

to avoid identifying your Personal Content. Usage statistics do not include specific content titles or filenames. We may use information related to your usage to run and improve our Services, to provide, customize, and personalize communications and other content that we deliver or offer to you.

F. **Data Related to Third-Party Content**. When you use the Services to watch, listen to, or record content from a third-party content provider or source such as any officially supported Third-Party Content that Plex streams to Plex apps, trailers and extras from Internet Video Archive (IVA), or use of our Live TV and DVR service, we may collect information related to that media interaction. For example, we may

collect what program or movie you are watching and when, your interaction with any static or video advertising, etc. We may also collect your device information and device location, for example, by using your IP address or by asking for your zip code. We may use this information to run and improve our Services, provide advertising and marketing to you, as well as share anonymous or aggregated versions of the data with third parties.

G. **Information about integrated Third-Party Services**. We may collect information about your use of third-party services for reporting to these partners and calculating the fees that we owe them. For example, we report the number of trailers and extras viewed

to IVA. We may also collect information about third party services and your use of those services in order to serve video content and advertisements via features that rely on third party providers. This information can include the metadata needed to serve advertising.

H. **Information on our Services**. We may store information about your configuration or use of our Services when you create a Plex Media Server on a local device, connect to a Plex Media Server that you or another person has configured, or download or connect to a Plex app, or interact with or use other Plex software or Service. This information may include an IP address and port number(s), the name of a Plex Media

Server, and information used to secure access to our Services.

I. **Information about Interfacing Software**. "Interfacing Software" includes but is not limited to, plug-ins for the Services, channel plug-ins, metadata agents, and client applications that communicate directly or indirectly with the Services. We may store copies of Interfacing Software that you provide to Plex and that accesses or calls any software provided by Plex as part of the Services.

J. **Debugging and Other Information Voluntarily Provided**. You may send us logs, metadata, or other information about your devices, media, and experiences for the purpose of resolving an

issue you may have with the software or suggesting desired features. On client applications where it is possible, we will offer the ability to opt-out of sending crash reports. If you would like to learn more about the information being sent in crash reports, we encourage you to review the privacy policies for the third-party client applications you are using to access Plex Services. The information being sent to us will only be used to help resolve your issue and / or improve our Services, and using our Services and provision of such information, you agree to such use by us.

K. **Device Information**. Like many online services, we may collect information about the devices that are used to access our

Services, such as the IP address of the device, the operating system and version of the device, the browser that you use to access a Plex web page, and the versions of the Plex technologies being used. We may also collect location information about the devices that access our Services.

L. **Application Information**. When a request for information or content is sent to a Plex Media Server, we may collect an application identifier that identifies which application sent the request. An application identifier uniquely identifies a particular copy of an application. For example, if you download an application from Plex, fully uninstall the copy of the application, and then re-download the

application from Plex, the new copy of the application will be associated with a different application identifier than the uninstalled copy of the application. Note that simply deleting the app without fully uninstalling may not reset the application identifier.

M. **Plex Relay Service**. We may provide, and you may choose to use, the Plex Relay Service to connect or stream your Personal Content to another device. If you choose to use the Plex Relay Service, we will transfer the data necessary to perform the service. All such traffic is encrypted from end-to-end in a manner that makes it impossible for Plex or the Plex Relay Service to decrypt or view any data. The data transferred via the Plex

Relay Service is not stored by Plex except for the temporary buffering of data required to provide you with an optimal streaming experience. You can disable the Plex Relay Service by turning off Remote Access in your server settings.

N. **Cookies and Other Tracking Technology**. Like many online services, Plex uses cookies, tracking pixels, and similar technologies to collect information that helps us provide our Services to you. We also use these technologies to help market our products and services to you and other customers. For more information about these technologies and how you may control them, please see the detailed

description of Tracking Technologies.

O. **Obtaining Consent**. If there is a change to any product or feature that we offer or have offered, and in order to use that product or feature a material change to the collection and / or use of information (including for Personal Content) not contemplated by the Privacy Policy is needed, we will obtain your consent before such collection and / or use.

P. **Your Collected Information**. In order to view, amend, erase, or correct your Collected Information, contact Plex support. All requests will be answered within one month of receipt.

# Use, Processing, and Sharing of Your Information

A. Plex processes and uses Collected Information with your consent, you can withdraw your consent by updating your privacy settings or closing your account. Plex also processes Collected Information when it needs to do so to fulfill a contract with you to provide you services, in its legitimate interest to aid in developing and improving the services, or when required by law. If you do not want to provide certain information to us in order to fulfil our agreement with you to provide the services, we may not be able to provide you the fullest version of our services.

B. We use the Collected Information to provide you with the Services, improve the Services, enhance your user experience, and communicate with you. For example, for Third-Party Content, we use information about your interactions with the Services to track the watch state of media items that have been linked to the Services on devices that have been linked to the Services. We use this information to allow you to resume watching in the same watch state on different Plex-linked devices.

C. We use your profile information to contact you about your account or about new Plex functionality and certain Plex news and information. You may opt-out of certain types of

communications by editing your account settings.

D. If you choose to connect your Plex account to a third-party account or service to have us and /or that third party provide a particular feature or service, we will provide that external service with the information needed to have us and / or that third party perform the requested feature or service. For example, if you connect your account to a social networking site and give us permission to publish posts on your behalf, we will do so. Additionally, unless you request or allow us to publish other information, the content of the published posts will be limited to describing your interactions with the Services. As another

example, if you choose to have us send (or "scrobble") your listening history to Last.fm, obtain metadata from a third party service, or use a third-party recommendation service, we use Collected Information to engage with and / or send the Collected Information to that service when you request that service. The shared information may include metadata about the media (such as title, duration, author, cover art, dates associated with the media, and other relevant information) and information about the media itself (such as resolution, bit rate, format, location, etc.).

E. We use Collected Information related to Personal Content when you provide consent or

otherwise request us to do
so, as well as when
necessary to provide the
services you requested.

F. We use Collected
   Information related to
   Third-Party Content to
   allow us and our partners
   to personalize marketing,
   advertising, and other
   content delivered or
   offered to you. For
   example, we may use or
   share Collected
   Information related to
   Third-Party Content that is
   necessary to serve video
   content and
   advertisements, including
   the source of the content,
   full information about the
   content including title,
   device identifiers, timing
   and location of your
   consumption, your user
   information, your IP
   address, etc. We also
   share the metadata

needed to serve video or audio advertising.

G. We also use and share payment information with our payment processor partner in order to process your payment for any services you order.

H. Plex may share Collected Information as expressly set forth in this Privacy Policy, including the following limited situations:

    i. With third parties that assist us in providing you with our Services, such as payment processors, business and analytics providers, content providers, marketers, and cloud service providers, but we require our third parties to only use your information for the purposes of providing

Privacy Policy | Plex

the services requested
of them and in
accordance with this
Privacy Policy.

ii. If we believe that the
disclosure is
reasonably necessary
to (a) satisfy an
applicable law,
regulation, legal
process, or enforceable
governmental request;
or (b) protect or defend
the safety, rights, or
property of Plex, the
public, or any person.

iii. In connection with a
merger, acquisition,
bankruptcy, dissolution,
reorganization, or
similar transaction or
other proceeding
involving Plex that
includes or requires the
transfer of the
information.

      iv. If your information is a
          part of a set of non-
          private, aggregated,
          anonymized, or
          otherwise non-
          personal information,
          such as anonymized
          and / or aggregated
          usage statistics and
          viewing trends.

      v. With third parties to
         improve and deliver
         advertising to you on
         our behalf.

      vi. If you request or
         consent to our sharing
         of Collected
         Information with a third
         party.

l. We may apply automated
   decision-making to
   Collected Information to
   recommend content to
   you that we think you may
   be interested in.

J. We will not share with
third parties for their use
or sell Collected
Information about your
Personal Content.

# Protection of Your Information

A. In order to help keep your
media secure, we provide
publicly trusted TLS
certificates for end-to-end
encrypted connections
among all of our servers,
Services, and client
applications. For more
information, please review
our support article on the
topic.

B. We have put in place
commercially reasonable
physical, electronic, and
organizational procedures
to safeguard and secure
the information we collect.
For example, password
information is stored on
our servers and is

protected using hashing
and encryption
technologies.

C. We do not store any of
your payment or credit
card information on our
servers. The data is
encrypted and securely
stored by an independent
company, Braintree, which
provides payment-
processing services for
Plex. Please review the
Braintree Security Policy
for more information.

# Your Information and Terms of Third-Party Products and Services

A. Plex may offer and you
may choose to use
products or services from
third parties in connection
with our Services that may

contain links to or otherwise interface with third-party websites, products, services, or other technologies. Any such third-party technology may collect information from you or use other services or technologies that collect information from you. Any information collection by these third-party technologies is governed by the privacy practices of those third-party technologies. Plex does not control and is not responsible for the collection of information by such third-party technologies.

## Children

A. We do not knowingly collect personal information from children under the age of 13. If we learn that we have

collected the personal information of a child under the age of 13, we will take steps to delete the information as soon as possible.

## Privacy Policy Changes

This Privacy Policy may be updated from time to time. We will notify you of any changes to our Privacy Policy by posting the new Privacy Policy on the Plex website. You are advised to consult this Privacy Policy regularly for any changes.

## International Transfer

If you use our services outside of the United States, we may transfer information from that jurisdiction to the United States, where data protection regulations may

not offer the same level of protection as in other parts of the world, such as the European Union. If you use our services in the European Union we will transfer data to the United States subject to standard contractual clauses.

## Controlling Your Information

You may exercise your rights to access, correct, erase, object to processing, and request data portability where applicable in the following ways:

A. Changing your profile information by accessing the Settings page of the Plex website.

B. Linking or unlinking your account from another account of an external

site, such as a social
networking website.

C. Deleting your account.
You may delete your
account by selecting the
option to delete your
account in the Settings
page. We will delete your
information without
unreasonable delay after
receiving the request
except that we may retain
archived copies of your
information as required by
law.

D. Contacting Plex support
here.

## Retention

Plex retains personal
information you provide to
create your account for as
long as you maintain an
account with us. Personal
information used to provide
the services to you will be
kept long enough to provide

you with the service, including in archives and logs used to maintain and develop the service. Specifically, we delete data used for logging and error tracking after 90 days, we reset cookies on our website after 14 days. We also delete other personal data used to provide the Plex Solution or to communicate with you within 30 days after your account is deleted. We may retain some usage statistics (including IP addresses) for as long as we have a business purpose in order to improve Plex's services, but these statistics are no longer linked to the deleted account.

## Your Choices, Including Opt-Out Options

You have the following choices regarding how we and third parties use certain

information collected from or about you. We are committed to complying with the Digital Advertising Alliance ("DAA") Self-Regulatory Principles for Online Behavioral Advertising and the DAA Application of Self-Regulatory Principles for the Mobile Environment.

A. **Opt-Out from Promotional Communications.**.

   i. You may opt out of receiving the marketing newsletter from us by accessing your account, selecting Settings on the Plex website, and clicking "unsubscribe" in the Newsletter section. You may also opt out of certain promotional communications by clicking the "unsubscribe" link in a particular promotional communication. Please note that you cannot

opt out from receiving all communications from us, including administrative messages, service announcements, and messages regarding the terms and conditions of your account.

ii. You can choose to receive push notifications from Plex on your device. If you do not wish to receive push notifications, you can use your device's settings to turn them off.

B. **Opt-Out Options Page**. Please visit the Opt-Out Options page to understand the options available to you regarding Third-Party Online Behavioral or Interest-Based Advertising and any specific third-party

advertising companies'
opt out information.

C. **Options for Sharing What You Watch**. We may ask for your consent to have Plex share your third-party media consumption information together with your personal information with our content programmers, service providers, and other third parties. If we have asked for your consent, we will provide you with a way to view or change your consent preference by updating your account settings.

D. **Opt-Out of Playback Statistics**. You may choose to opt-out of sharing the playback statistics for Personal Local Content that you store on your personal Plex Media

Server by updating your
Privacy Preferences.

E. **Opt-Out for Digital
Advertising**. Plex may also
use third-party advertising
companies to serve ads,
which may, directly or
indirectly, collect or use
information about user
visits to websites and
mobile app usage over
time and across non-
affiliated websites and
mobile apps to display
advertisements more
tailored to users' interests
on this browser or device,
and those browsers or
devices associated with it.
A user can visit
www.aboutads.info/choic
es and/or download the
appropriate version the
AppChoices app at
http://www.youradchoices.
com/appchoices if a user
wishes to learn more
about this practice or
would like to know more

about his/her choices regarding that activity by companies participating in those choice tools. Please visit the Opt-Out Options for Third-Party Advertising page for any specific third party advertising companies' opt-out information.

F. **Withdraw Consent**. You can withdraw your consent to our processing of personal information by updating your privacy settings, or closing your account.

# California Privacy Rights

This section contains disclosures required by the California Consumer Privacy Act ("CCPA") and applies only to "personal information" that is subject to the CCPA. Consumers with disabilities

may access this notice by using a standard screen reader application.

**Personal Information We Collect and Disclose for a Business Purpose.** We collect the categories of personal information about California consumers identified here. As further set forth, in the past 12 months, we have disclosed California consumers' personal information to third parties for business or commercial purposes. The following categories of personal information have been collected in the last 12 months.

**Personal and online identifiers (such as first and last name, email address, or unique online identifiers)**

- Categories of sources from which information is collected: Consumers, service providers, third

parties and social media you connect to Plex, content providers, advertisers on our Services

- <u>Business or commercial purposes for collection, use, and sharing:</u> Auditing related to our interactions with you; Legal compliance; Provide advertising on our Services; Content delivery and recommendations; Detecting and protecting against security incidents, fraud, and illegal activity; Debugging; Performing services (for us or our service provider) such as account servicing, processing orders and payments, and analytics; Internal research for technological improvement; Internal operations; Activities to maintain and improve our services; and Other one-time uses.

- Disclosed for business
  purposes to the following
  categories of third parties:
  Content providers; service
  providers and vendors;
  third parties, such as
  social networks, you
  connect to Plex; analytics
  providers; payment
  processors; and
  government entities.

**Categories of Personal
Information Categories of
information described in
Section 1798.80(e) of the
California Civil Code (such
as payment information)**

- Categories of sources
  from which information is
  collected: Consumers

- Business or commercial
  purposes for collection,
  use, and sharing: Billing to
  provide you with your
  subscription services.

- Disclosed for business
  purposes to the following

categories of third parties:
Payment processors and
service providers.

**Categories of Personal
Information Commercial or
transactions information
(such as records of products
or services purchased,
obtained or considered)**

- Categories of sources
  from which information is
  collected: Consumers,
  advertisers on our
  Services, service providers

- Business or commercial
  purposes for collection,
  use, and sharing: Auditing
  related to our interactions
  with you; Legal
  compliance; Provide
  advertising on our
  Services, Content delivery
  and recommendations;
  Detecting and protecting
  against security incidents,
  fraud, and illegal activity;
  Debugging; Performing
  services (for us or our

service provider) such as account servicing, processing orders and payments, and analytics; Internal research for technological improvement; Internal operations; Activities to maintain and improve our services; and Other one-time uses.

- <u>Disclosed for business purposes to the following categories of third parties:</u> Content providers; service providers and vendors; third parties, such as social networks, you connect to Plex; analytics providers; payment processors; and government entities.

**Internet or other electronic network activity information (such as interactions with a website, email, application, or advertisement)**

- **Categories of sources from which information is collected:** Consumers, advertisers on our Services, third parties and social media you connect to Plex, service providers, and content providers

- **Business or commercial purposes for collection, use, and sharing:** Auditing related to our interactions with you; Legal compliance; Provide advertising on our Services, Content delivery and recommendations; Detecting and protecting against security incidents, fraud, and illegal activity; Debugging; Performing services (for us or our service provider) such as account servicing, processing orders and payments, and analytics; Internal research for technological improvement; Internal operations; Activities to

maintain and improve our services; and Other one-time uses.

- <u>Disclosed for business purposes to the following categories of third parties:</u> Content providers; service providers and vendors; third parties, such as social networks, you connect to Plex; analytics providers; payment processors; and government entities.

**Geolocation information (such as ZIP code)**

- <u>Categories of sources from which information is collected:</u> Consumers, service providers

- <u>Business or commercial purposes for collection, use, and sharing:</u> Auditing related to our interactions with you; Legal compliance; Provide advertising on our Services; Content delivery

and recommendations; Detecting and protecting against security incidents, fraud, and illegal activity; Debugging; Performing services (for us or our service provider) such as account servicing, processing orders and payments, and analytics; Internal research for technological improvement; Internal operations; Activities to maintain and improve our services; and Other one-time uses.

- <u>Disclosed for business purposes to the following categories of third parties:</u> Content providers; service providers and vendors; third parties, such as social networks, you connect to Plex; analytics providers; payment processors; and government entities.

**Inferences drawn from the above information about your predicted characteristics and preferences**

- Categories of sources from which information is collected: Consumers, service providers, and content providers

- Business or commercial purposes for collection, use, and sharing: Auditing related to our interactions with you; Legal compliance; Provide advertising on our Services; Content delivery and recommendations; Detecting and protecting against security incidents, fraud, and illegal activity; Debugging; Performing services (for us or our service provider) such as account servicing, processing orders and payments, and analytics; Internal research for

technological
improvement; Internal
operations; Activities to
maintain and improve our
services; and Other one-
time uses.

- Disclosed for business
  purposes to the following
  categories of third parties:
  Content providers; service
  providers and vendors;
  third parties, such as
  social networks, you
  connect to Plex; analytics
  providers; payment
  processors; and
  government entities.

**Other information about you
that is linked to the personal
information above (such as
metadata about content you
view, timestamps to allow
playback, and data related to
third party content)**

- Categories of sources
  from which information is
  collected: Consumers,
  service providers, third

parties and social media you connect to Plex, content providers, and advertisers on our Services

- <u>Business or commercial purposes for collection, use, and sharing:</u> Auditing related to our interactions with you; Legal compliance; Provide advertising on our Services; Content delivery and recommendations; Detecting and protecting against security incidents, fraud, and illegal activity; Debugging; Performing services (for us or our service provider) such as account servicing, processing orders and payments, and analytics; Internal research for technological improvement; Internal operations; Activities to maintain and improve our services; and Other one-time uses.

- ■ Disclosed for business
  purposes to the following
  categories of third parties:
  Content providers; service
  providers and vendors;
  third parties, such as
  social networks, you
  connect to Plex; analytics
  providers; payment
  processors; and
  government entities.

**Your Rights Regarding
Personal Information.**
California residents have
certain rights with respect to
the personal information
collected by businesses. If
you are a California resident,
you may exercise the
following rights regarding
your personal information,
subject to certain exceptions
and limitations:

- ■ The **right to know** the
  categories and specific
  pieces of personal
  information we collect,
  use, disclose, the

categories of sources from which we collected your personal information, our purposes for collecting or selling your personal information, the categories of your personal information that we have disclosed for a business purpose, and the categories of third parties with which we have shared personal information;

- The **right to request** that we delete the personal information we have collected from you or maintain about you.

- The **right not to receive discriminatory treatment** for the exercise of the privacy rights conferred by the CCPA.

To exercise any of the above rights, please contact us using the following information and submit the required verifying

information, by contacting Plex Support here. We may require additional information to verify your requests to exercise your rights or understand the scope of your request, although you will not be required to create an account with us to submit a request or have it fulfilled. If you do have an account, we will require you to submit your request from the email address associated with your account. You may designate an authorized agent to make a CCPA request on your behalf by submitting a request from the email associated with your account and providing the Plex username or email address of your agent. We do not sell personal information collected through our service, including not knowingly selling personal information about consumers under the age of 16.

# Plex and its Affiliates

This privacy policy governs services provided by Plex GmbH, a Swiss company, and its affiliates, including Plex, Inc., a Delaware company (together, "Plex").

Plex GmbH, Hansmatt 32, 6370 Stans, Nidwalden, Switzerland

Plex Inc, 449 N Santa Cruz Ave, Los Gatos, CA 95030

# Plex's Data Protection Officer

Plex's Data Protection Officer can be contacted at dataprotection@plexapp.com .

# Questions

You may contact us with questions and comments regarding this policy via our contact page. You can also contact your local data protection authority with any complaints about Plex's data collection or processing activity.



**Company**

Our Team

Careers

Charity

Plex Labs

Press Room

Partners

CordCutter

Plex Gear

**Plex Pass**

Go Premium

Perks

Gift Plex Pass

## Downloads

Plex Media Server

Apps & Devices

## Support

Articles

Forums

Billing Questions

Status

Bug Bounty

## Blog

## Contact

Copyright © 2020 Plex

Privacy & Legal    AdChoices

Language: English (US)



# EXHIBIT C

# Create your free account

No credit card required.

**G** Continue with Google

**f** Continue with Facebook

 Continue with Apple

— or —

Email address

_____

Create password

10 characters minimum

Password Requirements

✕ 10 characters          ✕ Lowercase letter
✕ Uppercase letter       ✕ Number
✕ Special character

Create an Account

Already have an account? **Sign in**

By creating an account or continuing to use a Plex application, website, or software, you acknowledge and agree that you have accepted the **Terms of Service** and have reviewed the **Privacy Policy**.

# EXHIBIT D

Revised April 11, 2024

By using or otherwise accessing the Plex website, a Plex software, mobile, or web application(s), or any related Plex service(s) (collectively, the "Plex Solution"), you accept and agree to the following Terms of Service (this "TOS"). Plex GmbH and its affiliates, including Plex, Inc., a Delaware company, (together, "Plex") is willing to license and permit use of the Plex Solution subject at all times to agreement with this TOS. If you do not agree to this TOS, do not use the Plex Solution.

1. LICENSE.

*Overview.* For more information regarding the currently available Plex Solution, please click here. The Plex Solution is provided pursuant to this TOS to individual persons (and not entities) residing in the countries or regions where Plex makes available its products and services.

*General Plex Solution Grant.* The Plex Solution is made available by Plex, and this TOS provides to you (identified herein as "you" or a "user" or with "your" (as further described below)) a personal (non-commercial), revocable, limited, non-exclusive, nontransferable, and non-sublicensable license to access and use the Plex Solution (by you and your Authorized Users (as defined below)) conditioned on your continued compliance with this TOS. You may print and download Plex materials and information from the Plex Solution solely for your personal use, provided that all hard copies contain all copyright and other applicable notices contained in (or that are required to be displayed with) such materials and information and that you (or your Authorized User(s)) do not further distribute or disclose such materials and information. The content layout, formatting, and features (or functionality) of and online or remote access processes for the Plex Solution shall be as made available by Plex in its sole discretion. You also acknowledge and agree to the following: (i) Plex has the right to control and direct the means, manner, and method by which the Plex Solution is provided; (ii) Plex may, from time to time, engage independent contractors, consultants, or subcontractors to aid Plex in providing the Plex Solution or use thereof; and (iii) Plex has the right to provide the Plex Solution to others.

*Additional License Restrictions.* When using the Plex Solution in accordance with the foregoing license, you shall not directly or indirectly (a) use the Plex Solution to create any service, software or documentation that performs substantially the same functionality as the Plex Solution, (b) disassemble, decompile, reverse-engineer, or use any other means to attempt to discover any source code, algorithms, trade secrets, or applications underlying the Plex Solution or any of its tools, content, or features, (c) encumber, sublicense, transfer, distribute, rent, lease, time-share, or use the Plex Solution in any service bureau arrangement or otherwise for the benefit of any third party, (d) adapt, combine, create derivative works of, or otherwise modify the Plex Solution, (e) disable, circumvent, or otherwise avoid or undermine any security device, mechanism, protocol, or procedure implemented in the Plex Solution, (f) use or access the Plex Solution for any unlawful, fraudulent, deceptive, tortious, malicious, or otherwise harmful or injurious purpose, (g) remove, obscure, deface, or alter any proprietary rights notices on any element of the Plex Solution or accompanying documentation, or (h) use the Plex Solution in any manner which could damage, disable, overburden, or impair the Plex Solution or interfere with any third party's authorized use of the Plex Solution.

*PMS Software Download(s).* Plex may make downloadable software or a mobile application(s) available through or as a part of the Plex Solution for use in connection with your personal media management ("PMS Software"). The right to use the PMS Software is provided as a part of the grant (above) to use the Plex Solution in accordance with this TOS and subject to the following additional obligations. You may only use the PMS Software: (i) on a device or hardware that you own; (ii) to add Content (defined below) to that PMS

Software; and (iii) and as a part of your use of the Plex Solution or other Plex service. You hereby acknowledge that the PMS Software may include or allow integration with certain third-party executable modules that may be subject to additional license terms and conditions. References to the Plex Solution herein shall include the PMS Software and any integrated third-party executable module(s) that you utilize.

*Interfacing Software. "Interfacing Software"* means any software that you obtain or provide and that accesses or calls any PMS Software provided by Plex as part of the Plex Solution including, but not limited to, plug-ins for the Plex Solution, channel plug-ins, metadata agents, and client applications that communicate directly or indirectly with the Plex Solution. You are responsible and liable for any Interfacing Software, including any data collection that may be undertaken or occur through the Interfacing Software. Plex encourages the implementation and adherence of data collection and use practices substantially similar to those articulated in the privacy policy of Plex (identified below). By making, or assisting others in making, available any Interfacing Software, you hereby grant Plex a worldwide, non-exclusive, and royalty-free right and license to use (including testing, hosting, and linking to), copy, publicly perform, publicly display (including screenshots), reproduce in copies for distribution, market or promote (as a part of the Plex Solution or other services of Plex), and distribute the copies of any Interfacing Software (or its associated name). In connection therewith, you hereby agree to provide and include (or link to) a privacy notice summarizing practices consistent with the privacy policy of Plex noted below and include in the source code of the Interfacing Software a copyright notice of the form: Copyright © <year> <copyright holders>. Any data collection by Plex shall be in a manner consistent with Plex's privacy policy (noted below). Subject to the inclusion by Plex of this notice (if first provided to Plex by you), you grant, and authorize Plex to grant on your behalf, if necessary, a license, free of charge, to any person obtaining a copy of the Interfacing Software and associated documentation files from Plex, to deal in the Interfacing Software without restriction, including, without limitation, the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Interfacing Software, and to permit persons to whom the Interfacing Software is furnished to do so. You represent and warrant that you have all rights necessary to make the foregoing grants, and you further agree that you will use and integrate the Interfacing Software in a manner consistent with acceptable use of the Plex Solution pursuant to this TOS. You may notify us (please click here) if you do not wish for Plex to use the Interfacing Software that was created by and is owned by you. Any such notification must include all requested information and representations (as indicated by Plex). Plex will comply with such a proper request and cease its own use of the Interfacing Software, but Plex must be granted a transition period of at least thirty (30) days after receipt of the request to comply. Plex, however, shall not be obligated to confirm removal or cessation of the Interfacing Software by you or others (including Authorized Users) outside its control.

*Content Available Through the Plex Solution.* In connection with the foregoing grant to use the Plex Solution, the Plex Solution allows you to view or otherwise access original Plex or third party Content. "Content" includes, but is not limited to, text, graphics, photos, sounds, audio, and videos in the form of, by way of example and not limitation, news reports, videos, and music. The availability of such Content may change and not all Content is available in all formats. Use of the Content is subject to the license grant for the Plex Solution, but in addition, shall remain non-transferable and may be subject to additional license grant terms set by the respective third party licensor(s). Third-party Content displayed or accessible through the Plex Solution is protected by copyright and other intellectual property law and belongs to the respective owner(s) or licensor(s). This TOS does not grant you the right to copy (further), distribute, prepare derivative works, publicly display, or otherwise use any Content. You are expressly prohibited from engaging in or facilitating the unauthorized sharing or distribution of Content. For that reason, Content available on your PMS Software must be on storage that you own.

*Plex Solution Updates.* Plex may, but is not obligated to, update the Plex Solution with updates, upgrades, enhancements, improvements, additions, new or incremental features or functionality of and generally made available through the Plex Solution (as determined by Plex in its sole discretion), or modifications that are provided as part of product support and any other support or maintenance services that Plex provides as part

of or otherwise in connection with the Plex Solution (collectively, "Plex Solution Updates"). In some instances, you may be required to consent to or to agree to use and implement an applicable Plex Solution Update in a timely manner, including, without limitation, as a means to protect the Plex Solution from unauthorized use, content, or data. If you decline a Plex Solution Update, you may not be able to use or access the Plex Solution (in whole or in part), and Plex shall have no responsibility or liability for any continued use. Unless otherwise indicated, references to the Plex Solution include any Plex Solution Updates.

*Support.* This TOS does not entitle you to any support or installation service (collectively, "Support"). Any such Support that may be made available by Plex, in its sole discretion, shall be subject to separate terms and conditions with Plex.

*Authorized User(s).* Subject to any third party license restrictions for applicable Content, you may enable members of your immediate family, for whom you will be responsible (each, an "Authorized User(s)"), to access and use the Plex Solution so long as all such use remains in compliance with this TOS. Nevertheless, you acknowledge and agree that you shall be responsible for monitoring your own and your Authorized User(s)'s use of the Plex Solution and for maintaining compliance with this TOS and any third party license restrictions for applicable Content. Any breach of this TOS by an Authorized User(s) shall constitute a breach by you. Unless otherwise indicated, references to "you" or "your" throughout this TOS therefore mean you, your Authorized User(s), and the person or entity named on your account with Plex.

*Restrictions.* This TOS is only a license and not an assignment or sale. Plex transfers no ownership or intellectual property interest or title in and to the Plex Solution to you or anyone else. Plex expressly prohibits you and any third parties from: (i) selling or purchasing access to the Plex Solution or to any other service that makes improper and unauthorized use of the Plex Solution in violation of these TOS; (ii) distributing all or part of the Plex Solution; (iii) replicating any exclusive Plex Pass functionality as described here; or (iv) obtaining Plex Pass functionality without a valid Plex Pass. Further, Plex reserves all rights not expressly granted by this TOS. Accordingly, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense (other than to an Authorized User(s)), transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use in any manner not expressly permitted herein (or by Plex) the Plex Solution. In particular, and without limitation of the foregoing, there is no right to distribute further the PMS Software to the public or in excess of the limited license (above). Moreover, this TOS does not grant any right to modify the PMS Software or provide a right or license in or to any third-party executable module(s) or accessible content beyond the limited and express grant herein.

2. USER OBLIGATIONS.

*Generally.* You represent that you are at least eighteen (18) years of age (or the legal age of majority, whichever is greater) and will, at all times, provide true, accurate, current, and complete information when submitting information or materials on or through the Plex Solution, including, without limitation, when you provide information via a Plex Solution registration, account, or submission form. You are responsible for completing any registration(s) or account requirements for access to applicable third party Content available through the Plex Solution. Individuals under the age of eighteen (18) (or the applicable age of majority) may utilize the Plex Solution only with the involvement and acceptance of (this TOS by) a parent or legal guardian and then solely as an Authorized User under a parent or legal guardian's account. You further represent that you (or the person agreeing to, accepting, or acting under this TOS) are authorized to act on behalf of the person or entity named on the account with Plex. In addition, you agree to abide by all applicable local, state, national, and international laws and regulations with respect to your use of the Plex Solution. In particular, you may not take any action that will infringe on or facilitate in any way the infringement of the intellectual property rights of Plex or any other third party. If you violate this TOS, Plex has sole discretion to suspend or permanently disable your access to the Plex Solution, and we may permanently disable or delete your account or prohibit you from creating a new account. You acknowledge that unauthorized use of copyrighted

content of others may subject you to civil and criminal penalties, including possible monetary damages, for copyright infringement. You also acknowledge and agree that use of the Internet and the Plex Solution is solely at your own risk. You further understand that by using the Plex Solution you may encounter content that you may find offensive, indecent, or objectionable. You assume all responsibility for obtaining and paying for all licenses and costs for third-party software and hardware necessary for access to the Plex Solution, and for maintaining and backing-up your content and data.

*User Account.* You may be required to provide certain personal information necessary to create an account with Plex. You may be required to create login credentials, such as a username and password, or adhere to other particular access requirements as designated by Plex in its sole discretion from time to time. You are solely responsible for the activity that occurs on your account and agree to keep your login credentials confidential and secure. You acknowledge that Plex may not provide controls that restrict the maturity level of content available through the Plex Solution. If you allow your child (under the age of 18 or the legal age of majority, whichever is greater) to access your Plex account, you are solely responsible for monitoring your child's use of the Plex Solution and determining what maturity level is appropriate for or accessible to your child. You shall immediately notify Plex if you suspect or become aware of any loss or theft of or unauthorized use of your access credentials.

*Content and Acceptable Use.* The Plex Solution enables you to access content, data, communication, and other interactive features and functionality (with such uploaded, downloaded, shared, or exchanged information or content referenced collectively herein as a "User Content"). Distribution of User Content may be subject to third-party rights. You agree that by using the Plex Solution you will not upload, post, display, or transmit any of the following:

- anything which defames, harasses, threatens, offends, or in any way violates or infringes on the rights (including, without limitation, patents, copyrights, or trademark rights) of others;

- anything which may damage, lessen, or harm the goodwill or reputation of Plex and its services;

- anything which involves the impersonation of any other person or entity;

- anything which constitutes viral or harmful programming code, files, or software;

- anything which constitutes junk mail, spam, or unauthorized advertising; or

- anything which is unlawful.

Plex reserves the right to establish additional practices, parameters, and limits in its sole discretion concerning the display or availability of any User Content. Further, Plex shall not have any obligation to incorporate or utilize any User Content that does not correspond to or meet Plex's technical or usage practices, parameters, and limits.

*Permission to User Content.* You continue to retain any ownership rights you have in the User Content you make available to Plex and/or the Plex Solution. However, by submitting or making available any type of User Content, you automatically and hereby grant to Plex a royalty-free, transferable, sub-licensable and non-exclusive right and license to use or act on any such User Content in furtherance of and in connection with the operation of the Plex Solution. The rights you grant are limited to the purpose of providing and operating the Plex Solution. You specifically acknowledge that the Plex Solution facilitates distribution of the User Content, and as a part of the foregoing grant, you permit any user with whom you share content a non-exclusive license to access and use the User Content through the Plex Solution as permitted through the functionality of the Plex Solution. You represent that you have all necessary rights to make the foregoing grants and to otherwise make User Content(s) available to Plex and for (and through) the Plex Solution.

*No Pre-screening; Removal.* Plex is not responsible for pre-screening or editing your or any other user's User Content, support forum posts, or any other communications and encourages all of its users to use reasonable discretion and caution in evaluating or reviewing any such content or communications. Moreover, Plex does not endorse, oppose, or edit any opinion or information provided by you or another user (unless separately and expressly provided by Plex) and does not make any representation with respect to, nor does it endorse the accuracy, integrity, quality, acceptability, completeness, timeliness, lawfulness, suitability, or reliability of any User Content or communications displayed, uploaded, or distributed by you or any other user. You also acknowledge that Plex has no control over the extent to which any idea, content, or information may be used by any party or person once it's posted, shared, or displayed. Nevertheless, Plex reserves the right to take any action within its control with respect to User Content (or parts thereof), support forum posts, or any other communications that Plex reasonably believes is necessary to: (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce this TOS, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security, or technical issues; (iv) respond to user support requests; (v) protect the rights, property, or safety of Plex, its users, or the public; or (vi) address any act or omission that Plex believes in good faith violates this TOS and/or is, or is potentially, unlawful or harmful to Plex, its services, or goodwill.

*Enforcing Security.* You may not use the Plex Solution or any of Plex's data, systems, network, or services to engage in, foster, or promote illegal, abusive, dishonest, malicious, or irresponsible behavior, including, without limitation, accessing or using Plex data, systems, or networks in an unauthorized manner, attempting to probe, scan, or test the vulnerability of a Plex system or network, circumventing any Plex security or authentication measures, monitoring Plex data or traffic, interfering with any Plex services, collecting or using from the Plex Solution email addresses, screen names, or other identifiers, collecting or using from the Plex Solution information without the consent of the owner or licensor, using any false, misleading, or deceptive TCP-IP packet header information, using the Plex Solution to distribute software or tools that gather information, distributing advertisements, or engaging in conduct that is likely to result in retaliation against Plex or its data, systems, or network. Actual or attempted unauthorized use of the Plex Solution may result in criminal and/or civil prosecution, including, without limitation, punishment under the Computer Fraud and Abuse Act of 1986 under U.S. federal law. Plex reserves the right to view, monitor, and record activity through the Plex Solution without notice or permission from you. Any information obtained by monitoring, reviewing, or recording is subject to review by law enforcement organizations in connection with investigation or prosecution of possible criminal or unlawful activity through the Plex Solution as well as to disclosures required by or under applicable law or related government agency actions. Plex will also comply with all court orders or subpoenas involving requests for such information. In addition to the foregoing, Plex reserves the right to, at any time and without notice, modify, update, suspend, terminate, or interrupt operation of or access to the Plex Solution, or any portion of the Plex Solution in order to protect the Plex Solution or Plex.

*Mobile Usage.* The Plex Solution offers a tool(s) or display functionality that is available to you via your mobile phone or other mobile computing device ("Mobile Plex Solution(s)"). Please note that your mobile carrier's normal messaging, data, and other rates and fees will apply to your use of the Mobile Plex Solution(s). In addition, downloading, installing, or using certain Mobile Plex Solution(s) may be prohibited or restricted by your mobile carrier, and not all Mobile Plex Solution(s) may work with all carriers or devices or in all locations. Therefore, you are solely responsible for checking with your mobile carrier to determine if the Mobile Plex Solution(s) are available for your mobile devices; what restrictions, if any, may be applicable to your use of the Mobile Plex Solution(s); and how much such use will cost you. Nevertheless, your use of the Plex Solution shall be strictly in accordance with this TOS.

*Additional Terms and Conditions for Apple Users.*

**NOTE – The terms and conditions of this paragraph apply to you only if you downloaded the Mobile Plex Solution(s) through Apple Inc.'s App Store.** You acknowledge that this TOS is between you and Company, and that Apple Inc. ("Apple") bears no responsibility for the Mobile Plex Solution and its content. The license

grant under this TOS with respect to the Mobile Plex Solution is a non-transferable license to use the Mobile Plex Solution on any Apple-branded products that you own or control as permitted by this TOS and the Usage Rules set forth in the Apple Media Services Terms and Conditions, except that the Mobile Plex Solution may be accessed and used by other accounts associated with you via "Family Sharing" (as defined in the Apple Media Services Terms and Conditions) or volume purchasing. You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the Mobile Plex Solution. In the event of any failure of Company's mobile app to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price (if any) of the Mobile Plex Solution to you; provided that, to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Mobile Plex Solution. Apple is not responsible for addressing any claims by you or a third party relating to the Mobile Plex Solution or your use of the Mobile Plex Solution, including without limitation: (i) product liability claims; (ii) any claim that the Mobile Plex Solution fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection, privacy, or similar legislation. In the event of any third-party claim that the Mobile Plex Solution or your possession and use thereof infringes a third party's intellectual property rights, Apple will not be responsible for any investigation, defense, settlement, or discharge thereof. Apple and its subsidiaries are third-party beneficiaries of this TOS, and upon your acceptance of this TOS, Apple will have the right (and will be deemed to have accepted the right) to enforce this TOS against You as a third-party beneficiary thereof.

*Feedback*. Plex welcomes your feedback and suggestions about Plex's products or services or with respect to how to improve the Plex Solution. By transmitting any suggestions, information, material, or other content (collectively, "Feedback") to Plex, you represent and warrant that such Feedback does not infringe or violate the intellectual property or proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey to Plex and enable Plex to use such Feedback. In addition, any Feedback received by Plex will be deemed to include a royalty-free, perpetual, irrevocable, transferable, non-exclusive right and license from you for Plex to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works of, and display (in whole or in part) worldwide, or act on such Feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist therein, and you hereby waive any claim to the contrary.

3. SUBSCRIPTIONS & RENTALS.

Plex currently offers access to the Plex Solution at no cost. However, Plex may make available through fee-based subscriptions, rentals, or other transactional offering(s), Content and functionality that is not available in the free version of the Plex Solution. Click here for more information on subscription offerings. All subscriptions and rentals are subject to additional terms and conditions which are incorporated in this TOS and can be accessed here.

4. PRIVACY POLICY.

Please see Plex's Privacy Policy for a summary of how Plex collects, uses, and shares personal data. Plex is not responsible for your use of Interfacing Software or any data collection or related usage practices associated with your operation or maintenance of any Interfacing Software.

5. THIRD-PARTY CONTENT, WEBSITES, AND PLATFORMS.

*Third-party Content*. Third-party content displayed or accessible through the Plex Solution is protected by copyright and other intellectual property law and belongs to the respective owner. Use of the third-party content is subject to the terms of use of the third party providing such content. This TOS does not grant you the right to copy, distribute, prepare derivative works, publicly display, or otherwise use any third-party

content. You are expressly prohibited from engaging in or facilitating the unauthorized sharing or distribution of third-party content.

*Links to Other Sites or Applications.* Plex may provide links, in its sole discretion, to other sites or applications on the Internet, including to the Plex Store. Such other sites are maintained by third parties over which Plex exercises no control. These links do not imply an endorsement with respect to any third party or any third-party web site or the information, products, or services provided by any third party. Plex encourages review of the applicable terms, conditions or notices governing use of these third party sites or applications.

*Third-party Platforms and Networks.* Certain features allow you to synchronize your content across third-party platforms and networks. These features will enhance the performance of the Plex Solution and allow you to better integrate and harmonize the Plex Solution with information stored on or used with third-party networks. Using this functionality typically requires you to login to your account on the third-party service, and you do so at your own risk. You should always review, and if necessary, adjust your privacy settings on these networks and platforms before linking or connecting them to the Plex Solution. You expressly acknowledge and agree that Plex is in no way responsible or liable for any such third-party services or features.

*Additional Terms and Conditions.* Additional notices, terms, and conditions may apply to certain subscription arrangements (including sign-up or registration), Plex products, solutions, or services, receipt of (or access to) certain content, participation in a particular program, and/or to specific portions or features of the Plex Solution. Without limitation of the foregoing, you hereby agree that (a) this TOS operates in addition to any terms of use imposed or required by any digital download platform from which you download the Plex Solution ("App Provider Terms"); and (b) the terms of this TOS supplement and do not alter or amend any such App Provider Terms.

6. PROPRIETARY RIGHTS AND CONFIDENTIALITY.

*Proprietary Rights.* The Plex Solution is owned by Plex or its licensor(s). Copyright 2016-2024 © Plex and/or its licensor(s). All rights reserved. All content available through the Plex Solution, unless otherwise indicated, is protected by copyright, trade secret, or other intellectual property laws. PLEX, the Plex logo, and all other names, logos, and icons identifying Plex and its solutions, products, and services are proprietary trademarks of Plex, and any use of such marks without the express written permission of Plex is strictly prohibited. Please see the Plex Trademarks and Guidelines policy statement available here for more information regarding the trademarks or service marks of Plex. Other service, product, or company names mentioned herein may be the trademarks and/or service marks of their respective owners.

Confidentiality. You acknowledge and agree that the Plex Solution contains confidential or nonpublic information that is the trade secret(s) of Plex and/or its licensors (the "Confidential Information"). You agree to secure and protect the confidentiality of the Confidential Information of Plex (and/or its licensors) in a manner consistent with the maintenance of Plex's rights therein, using at least as great a degree of care as you use to maintain the confidentiality of your own confidential information of a similar nature, but in no event using less than reasonable efforts. You shall not, nor permit any third party to, sell, transfer, publish, disclose, or otherwise make available any portion of the Confidential Information to third parties, except as expressly authorized in this TOS.

7. REPRESENTATIONS, DISCLAIMERS, LIMITATION OF LIABILITY, AND INDEMNIFICATION.

*Representations and Warranties.* You represent and warrant that (i) the person accepting this TOS has the legal authority to bind the named person on the account, and (ii) he or she has the right, power, and authority to (a) enter into this TOS, (b) make the respective and applicable representations and warranties contained herein, and (c) commit to and perform the respective duties, obligations, and covenants set forth hereunder.

*Warranty Disclaimer*. THE PLEX SOLUTION IS PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS AND MAY INCLUDE ERRORS, OMISSIONS, OR OTHER INACCURACIES. PLEX MAY MAKE MODIFICATIONS AND/OR CHANGES IN THE PLEX SOLUTION AT ANY TIME AND FOR ANY REASON. OTHER THAN THE RIGHT TO FULFILL ITS OBLIGATIONS UNDER THIS TOS, AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, PLEX EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF INTERFERENCE WITH ENJOYMENT OF INFORMATION, SECURITY, NON-INFRINGEMENT, MERCHANTABILITY, QUALITY, OR FITNESS FOR A PARTICULAR PURPOSE. MOREOVER, YOU ACKNOWLEDGE AND AGREE THAT PLEX DOES NOT WARRANT THAT THE PLEX SOLUTION WILL OPERATE FREE OF VIRUSES, MALWARE, OR HARMFUL PROGRAMMING SOFTWARE (OR CODE), ERROR-FREE, UNINTERRUPTED, OR IN A MANNER THAT WILL MEET YOUR REQUIREMENTS OR MEET ANY LEGAL, TECHNICAL, OR CERTIFICATION STANDARD. BECAUSE THE PLEX SOLUTION IS BASED ON YOUR CONTENT AND DATA, THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PLEX SOLUTION IS WITH YOU. IF THIS DISCLAIMER OF WARRANTY IS HELD TO BE UNENFORCEABLE BY A COURT OF COMPETENT JURISDICTION IN ANY MANNER, THEN ALL EXPRESS AND/OR IMPLIED WARRANTIES MANDATED BY SUCH COURT SHALL BE LIMITED IN DURATION TO A PERIOD OF THIRTY (30) DAYS FROM THE COMMENCEMENT OF THE INITIAL PERIOD FOR THE PLEX SOLUTION AND NO WARRANTIES SHALL APPLY AFTER THIS THIRTY (30) DAY PERIOD.

Limitation of Liability. YOU EXPRESSLY ABSOLVE AND RELEASE PLEX FROM ANY CLAIM OF HARM RESULTING FROM A CAUSE BEYOND PLEX'S CONTROL, INCLUDING, WITHOUT LIMITATION, ANY DAMAGE CAUSED BY HARDWARE, FILES, SYSTEMS, SOFTWARE, SERVICES, OR NETWORKS OUTSIDE THE CONTROL OF PLEX. PLEX IS NOT RESPONSIBLE OR LIABLE FOR YOUR OR ANY OTHER PERSON'S USE OF ANY INTERFACING SOFTWARE (OUTSIDE ITS CONTROL). MOREOVER, ALL USER CONTENT (OR OTHER DATA OR CONTENT) YOU ACCESS THROUGH THE PLEX SOLUTION IS AT YOUR OWN RISK. IN CONNECTION THEREWITH, YOU SPECIFICALLY ACKNOWLEDGE THAT PLEX SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE (OR DELAY IN USE) OF OR FAILURE TO STORE ANY DATA OR CONTENT MADE AVAILABLE THROUGH THE PLEX SOLUTION AND SHALL NOT BE LIABLE FOR ANY USE OF ANY USER CONTENT BY OTHERS, INCLUDING YOUR AUTHORIZED USERS. MOREOVER, IN NO EVENT SHALL PLEX BE LIABLE FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OF THE PLEX SOLUTION OR WITH THE DELAY OR INABILITY TO USE THE PLEX SOLUTION, EVEN IF PLEX HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, YOUR ABILITY TO RECOVER FROM PLEX FOR BREACH OF THIS TOS, THE PRIVACY POLICY, OR FOR ANY OTHER REASON RELATED TO OR ARISING OUT OF YOUR USE OF THE PLEX SOLUTION SHALL BE STRICTLY LIMITED TO PAYMENT OF EITHER AN AMOUNT NOT TO EXCEED $100 OR THE TOTAL AMOUNT ACTUALLY PAID BY YOU TO PLEX DURING THE PAST THREE MONTHS IN CONNECTION WITH YOUR INDIVIDUAL USE OF THE PLEX SOLUTION, WHICHEVER IS GREATER.

*Indemnification*. You agree to indemnify, defend, and hold Plex (and its affiliated companies, contractors, employees, agents, and suppliers and partners) harmless from any and all claims, suits, actions, liabilities, losses, costs, damages, expenses, and any other liabilities, including, without limitation, attorneys' fees, arising out of or related in any manner to your breach or alleged breach of this TOS, your Interfacing Software, or for any violation or alleged violation of the rights (including, without limitation, patents, copyrights, or trademark rights) of any other person or entity by your User Content.

8. INFORMAL DISPUTE RESOLUTION

This informal dispute resolution process applies to any Claim (defined below) between you and Plex and its affiliates, regardless of whether those Claims arose before or after your acceptance of this TOS. A "Claim" is any dispute, cause of action, or controversy between you and Plex arising from or in any way related to the Plex Solution, any advertising or promotions conducted by or for Plex, or any use or disclosure of your information or information about you, or claims related to this TOS. Claim does not include any matter based on the infringement of intellectual property rights.

In the event of a Claim, you and Plex agree to attempt to avoid the costs of formal dispute resolution by giving each party a full and fair opportunity to address and resolve the Claim informally. The party making the Claim must send to the other party a written notice of a Claim, with: (a) the name, email, and contact information of the party giving the notice; (b) detailed factual information sufficient to understand and evaluate the Claim; and (c) the specific relief sought, including any amount of money demanded and the method by which that amount was determined. If you are making the Claim, the written notice must be sent to: Plex, 1999 S. Bascom Ave., Suite 700, PMB 735, Campbell, CA 95008, USA, Attention: Legal. If we are making the Claim, we will send any notice to the contact information we have associated with your Plex account.

Within ninety (90) days beginning from the date the notice of a Claim is received, you and we will attempt to resolve the Claim through informal negotiation.  This informal negotiation must take place in person, or via teleconference or videoconference (the "Discussion"). If you are represented by counsel, your counsel may participate in the Discussion, but you will also need to individually participate. Plex will also participate in the Discussion through one or more representatives, which may include our counsel. After the end of the ninety (90) day informal negotiation period and after the completion of the Discussion, whichever comes later, you or we may commence a proceeding regarding the Claim. Nothing in this paragraph is intended to prohibit the parties from engaging in informal communications to resolve the Claim before, during, or after any Discussion. Each party agrees that a court may enter injunctive relief to enforce the pre-filing requirements of this paragraph.

9. GENERAL INFORMATION

*Choice of Law and Forum*. The Plex Solution is controlled and operated by Plex from its offices within the United States. This TOS has been made in and will be construed and enforced in accordance with the laws of the State of Delaware as applied to agreements entered into and completely performed in the State of Delaware. You access and use the Plex Solution on your own volition and are responsible for compliance with all applicable laws with respect to your access and use of the Plex Solution. Additionally, Plex's headquarters are located in the United States. Please be aware that information you provide to Plex, or that Plex obtains as a result of your use of the Plex Solution, may be processed and transferred to the United States and be subject to United States law. Subject to the foregoing informal dispute resolution, any action arising from or in any way related to the Plex Solution, your use of or access to the Plex Solution, or this TOS will be brought in the courts presiding in the state of Delaware, and all parties to this TOS expressly agree to be subject to the jurisdiction of such courts. You and Plex waive trial by jury except where such waiver is prohibited by law.

*Export Control Compliance*. You represent and warrant that you are not (a) located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (b) listed on any U.S. Government list of prohibited or restricted parties. You hereby agree that (i) you will comply with all applicable Sanctions and Export Control Laws, (ii) you are solely responsible for ensuring that the Plex Solution is used, disclosed, and/or transported only in accordance with all applicable Sanctions and Export Control Laws, and (iii) you will not re-export or transfer the Plex Solution, in any form, directly or indirectly, to any person or entity based in Cuba, Iran, Syria, Sudan, South Sudan, or North Korea.

*Injunctive Relief*. You acknowledge that any breach, threatened or actual, of this TOS, including, without limitation, unauthorized use of Plex proprietary assets, will cause irreparable injury to Plex, and such injury

would not be quantifiable in monetary damages, and Plex would not have an adequate remedy at law. You therefore agree that Plex shall be entitled, in addition to other available remedies, to seek and be awarded an injunction or other appropriate equitable relief from a court of competent jurisdiction restraining any breach, threatened or actual, of your obligations under any provision of this TOS. Accordingly, you hereby waive any requirement that Plex post any bond or other security in the event any injunctive or equitable relief is sought by or awarded to Plex to enforce any provision of this TOS.

*Term and Termination*. This TOS will take effect (or re-take effect) at the (and each) time you begin installing, accessing, or using the Plex Solution, WHICHEVER IS EARLIEST, and is effective until terminated as set forth below. Plex reserves the right to terminate this TOS at any time on reasonable grounds, which shall specifically include, without limitation, discontinuation of the Plex Solution (or related services) as an offering of the Plex business, nonpayment, termination of account, fraudulent or unlawful activity, or actions or omissions that violate this TOS, subject to the survival rights of certain provisions identified below. In addition, Plex shall have the right to take appropriate administrative and/or legal action in the event of breach or (alleged) criminal activity, including alerting legal authorities, as it deems necessary in its sole discretion. You may also terminate this TOS at any time by providing Plex with notice of cancellation, but all applicable provisions of this TOS will survive termination, as identified below. You may close your account by clicking here. Upon termination and in accordance with law, your right to access and use the Plex Solution shall cease (regardless of the subscription period) and you must immediately destroy all copies of any aspect of the Plex Solution in your possession. Termination shall result in deactivation or deletion of your account with Plex. The following provisions will survive the termination of this TOS for any reason: License (Additional License Restrictions, Content Available Through the Plex Solution, Restrictions); User Obligations (Permission to User Content, Enforcing Security, Additional Terms and Conditions for Apple Users, Feedback); Third Party Content, Websites, and Platforms (Additional Terms and Conditions); Privacy Policy; Proprietary Rights and Confidentiality (all sections); Representations, Disclaimers, Limitation of Liability, and Indemnification (all sections); Informal Dispute Resolution (all sections); General Information (Choice of Law and Forum, Injunctive Relief, Term and Termination, Waiver & Severability, Entire Agreement and Updates). Further, Plex shall not be responsible for any damage that may result or arise out of termination of this TOS.

*Waiver & Severability*. Failure to insist on strict performance of any of the terms and conditions of this TOS will not operate as a waiver of any subsequent default or failure of performance. No waiver by Plex of any right under this TOS will be deemed to be either a waiver of any other right or provision or a waiver of that same right or provision at any other time. If any part of this TOS is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers, venue, claim, and liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable, provision that most clearly matches the intent of the original provision and the remainder of this TOS shall continue in effect.

*Entire Agreement and Updates*. No joint venture, partnership, employment, or agency relationship exists between you and Plex as a result of this TOS or your utilization of the Plex Solution, and you do not have any authority of any kind to bind Plex in any respect whatsoever. This TOS represents the entire agreement between you and Plex with respect to your individual use of the Plex Solution. This TOS is not assignable, transferable, or sub-licensable by you except with Plex's prior written consent. Plex may transfer, assign, or delegate this TOS and its rights and obligations without consent. Please note that Plex reserves the right to change the terms and conditions of this TOS and the terms and conditions under which the Plex Solution and its offerings are extended to you by posting online a revised TOS or e-mailing notice thereof to you. In addition, Plex may add, modify, or delete any aspect, program, functionality, or feature of the Plex Solution. Your continued use of the Plex Solution following any addition, modification, or deletion will be conclusively deemed acceptance of any change to the terms and conditions of this TOS. Accordingly, please review this TOS found at this location on a periodic basis.

*Notices*. Any communication(s) or notice (and any related materials or information) to be sent pursuant to this TOS shall be in the English language and shall be deemed provided: (a) to the email address designated by you; or (b) by posting to the Plex Solution. For notices made by e-mail, the date of receipt will be deemed the date on which such notice is transmitted. You further agree that any notices, agreements, disclosures, or other communications that Plex sends you electronically (using the contact information you provide through the Plex Solution) will satisfy any legal communication requirements.

*Contact*. If you have questions regarding the Plex Solution or if you are interested in obtaining more information concerning Plex or its products, services, or solutions, please contact Plex.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29 day of July, 2024, I electronically filed the foregoing **DECLARATION OF RICARDO CASTRO IN SUPPORT OF PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE; AND MEMORANDUM OF POINTS AND AUTHORITIES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Neal J. Deckant (State Bar No. 322946)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com;
jwilner@bursor.com  jglatt@bursor.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Kamala Avers*
Kamala J Avers

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950