Christopher J. Seusing (Pro Hac Vice Admission Pending)
cseusing@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel: 475-755-7050

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor,
Los Angeles, CA 90024
Tel: 310-481-7702

Attorneys for Defendants, Plex, Inc. and Plex GmbH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LEE, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**PLEX, INC. and PLEX GMBH,**<br><br>Defendants. | Case No. 5:24-cv-02386-PCP<br><br>**DECLARATION OF ANGELO SPENILLO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE** |

I, Angelo Spenillo, declare as follows:

1. I am employed by Plex, Inc. and my current title is Head of Legal Affairs.

3. I am authorized to make this declaration on behalf of Plex, Inc. and Plex GmbH (collectively "Plex"). I am over 18 years of age. I make this Declaration in Support of Plex's Motion to Dismiss and Strike Class Allegations, or in the Alternative, to Compel Arbitration on an Individual Basis or Transfer Venue. I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

4. In my current capacity as Head of Legal Affairs, my job duties include being familiar with the organizational structure of Plex. My job duties also include reviewing the business records of Plex. For this declaration, I have reviewed the records of Plex, and the records were made at or near the time, or from information transmitted by, someone with knowledge of the record. The records are kept in the regularly conducted activity of Plex's business and Plex makes these records as a regular activity of its business.

5. Plex provides its users throughout the world with access to text, graphics, photos, sounds, audio and videos in the form of news reports, videos, and music (collectively, the "Content") streamed over the internet to its user's internet-connected devices. The Plex Solution includes the website located at https://www.plex.tv/, (the "Website"), its video services, the Content, Plex's software, mobile or web applications, or any related Plex services (collectively, "the Plex Solution").

6. Plex, Inc. is a Delaware corporation with its principal place of business in California.

7. Plex GmbH is a Swiss corporation with its principal place of business in Switzerland.

8. Plex GmbH is a subsidiary of Plex, Inc.

9. Plex GmbH has always been a separate legal entity from Plex, Inc.

10. Plex GmbH has never maintained any physical place of business in the United States or California.

11. Plex GmbH has never maintained a physical office or any other facility in the United States or California.

12. Plex GmbH has never had a mailing address or telephone listing in the United States or California.

13. Plex GmbH has never had physical operations in the United States or California.

14. Plex GmbH has never maintained books or records in the United States or California.

15. Plex GmbH has never been incorporated in nor registered to do business in the United States or California.

16. Plex GmbH has never maintained an agent for service of process in the United States or California.

17. Plex GmbH has never shared any employees with Plex, Inc.

18. Plex GmbH has never been authorized to legally bind Plex, Inc.

19. The company assets and funds of Plex GmbH and Plex, Inc. have never been comingled.

19. Plex GmbH and Plex Inc. have separate books and records.

20. Plex GmbH is incorporated in Switzerland for business purposes.

21. Plex Inc. is the sole owner of the Plex Solution.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed July 25, 2024, at Golden, Colorado

*Angelo Spenillo*
Angelo Spenillo

33890308.1:12373-0010 -3- Case No. 5:24-cv-02386-PCP

**DECLARATION OF ANGELO SPENILLO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**

# CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of July, 2024, I electronically filed the foregoing **DECLARATION OF ANGELO SPENILLO IN SUPPORT OF PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE; AND MEMORANDUM OF POINTS AND AUTHORITIES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Neal J. Deckant (State Bar No. 322946)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com;
jwilner@bursor.com  jglatt@bursor.com

*ATTORNEYS FOR PLAINTIFF*

                                           */s/ Kamala Ayers*
                                           Kamala J Ayers

WOOD, SMITH, HENNING & BERMAN LLP
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619.849.4900 ♦ FAX 619.849.4950

33890308.1:12373-0010   -1-   Case No. 5:24-cv-02386-PCP
**DECLARATION OF ANGELO SPENILLO IN SUPPORT OF DEFENDANT PLEX, INC.'S AND PLEX GMBH'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS OR TRANSFER VENUE**