1  **BURSOR & FISHER, P.A.**
   Neal J. Deckant (State Bar No. 322946)
2  Joshua R. Wilner (State Bar No. 353949)
   Joshua B. Glatt (State Bar No. 354064)
3  1990 North California Blvd., 9th Floor
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  E-mail: ndeckant@bursor.com
           jwilner@bursor.com
6          jglatt@bursor.com

7  *Attorneys for Plaintiff*

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | RICHARD LEE, individually and on behalf of all others similarly situated, | Case No. 5:24-cv-02386-EKL |
|---|---|
| Plaintiff, | **DECLARATION OF JOSHUA B. GLATT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND STRIKE CLASS ACTION ALLEGATIONS** |
| v. | |
| PLEX, INC. and PLEX GMBH, | |
| Defendants. | |

I, Joshua B. Glatt, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and am an Associate at Bursor & Fisher, P.A. I represent Plaintiff Richard Lee in this matter. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Strike Class Action Allegations. ECF No. 22. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently thereto.

2. In or around August 2, 2024, I visited Defendants' website, https://www.plex.tv/, to investigate the sign-up screen that a user would be exposed to when creating an account with the service while drafting the First Amended Complaint.

3. I accessed this page using a Microsoft desktop computer which produced the sign-up screen on my monitor in my Google Chrome browser which was set to full screen, 100% zoom, with the bookmark tabs and search tab remaining visible at the top of the page and the webpage continuing until the lower toolbar tab at the bottom of the screen.

4. I have not altered my browser's viewing and display settings and accessed the page using the Google Chrome default viewing settings.

5. Without scrolling, I took a screenshot of the screen as it appears in Figure 4 ¶ 54 of the First Amended Complaint, cutting off the screenshot where the page was cut off by the lower toolbar.

6. I then used my mouse to scroll to the bottom of the page using the sidebar until the bottom of the page was revealed.

7. The Terms of Service and Privacy Policy links were not visible until scrolling down.

8. I was able to click on the "Continue with" and "Create An Account" buttons without needing to scroll down the page, to where the Terms of Service and Privacy Policy hyperlinks would have been visible.

9. The image captured on or around August 2, 2024 shown in Figure 4 of the FAC is the same sign-up screen as it appeared on March 2, 2024 but was retaken on August 2, 2024 to add the accompanying red boxes highlighting the positions of the scroll bar and to redact extraneous details like the bottom-screen toolbar and top-bar information. *Compare* ECF No. 1, ¶ 55, Figure 4; ECF No. 21, ¶ 54, Figure 4.

10. The March 2, 2024 screenshots were gathered on the same computer, viewing the page in the same browser as the August 2, 2024 screenshots.

11. On August 28, 2024, I revisited the same page (https://www.plex.tv/) and took the below screenshot of the Plex sign-up page, reproduced without any redactions or indicating boxes, using the same browser and default settings as the previous images:



//

//

//

//

//

GLATT DECLARATION
CASE NO. 5:24-CV-02386-EKL

2



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of September, 2024 in Walnut Creek, California.

          */s/ Joshua B. Glatt*
          Joshua B. Glatt