UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LEE,

Plaintiff,

v.

PLEX, INC., et al.,

Defendants.

Case No. 24-cv-02386-EKL

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

Re: Dkt. No. 32

On September 17, 2024, Plaintiff filed an administrative motion requesting leave to file a sur-reply in opposition to Defendants' Motion to Dismiss. ECF No. 32. The Court ORDERS as follows:

(1) Plaintiff may file a sur-reply, not to exceed five (5) pages, by September 26, 2024.

(2) Defendants may file a response to Plaintiff's sur-reply, not to exceed five (5) pages, by October 3, 2024.

The supplemental briefs shall be limited in scope to the issues identified in Plaintiff's administrative motion, ECF No. 32.

**IT IS SO ORDERED.**

Dated: September 19, 2024

Eumi K. Lee
United States District Judge