Neal J. Deckant
ndeckant@bursor.com
Joshua R. Wilner
jwilner@bursor.com
Joshua B. Glatt
jglatt@bursor.com
**Bursor & Fisher, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 925-300-4455
***Attorneys for Plaintiff, Richard Lee***

Christopher J. Seusing *(Admitted Pro Hac Vice)*
cseusing@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel: 475-755-7050

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Tel: 310-481-7600
***Attorneys for Defendants, Plex, Inc. and Plex GmbH***

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLEX, INC. and PLEX GMBH,<br><br>Defendants. | Case No. 5:24-cv-02386-EKL<br><br>[*The Honorable Eumi K. Lee Presiding, Courtroom 7, 4th Floor]*<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR REMOTE APPEARANCE** *As Modified*<br><br>Date: October 30, 2024<br>Time 10:00 a.m.<br>Courtroom: 7, 4th Floor<br>Judge: Eumi K. Lee<br><br>*[Filed Concurrently with Stipulated Motion For Remote Appearance]*<br><br>Date Filed: April 22, 2024<br>Trial Date: None Set |

**~~[PROPOSED]~~ ORDER**

In support of said Stipulated Motion for Remote Appearance, the Parties state as follows:

1. The Parties' hearing is set for October 30, 2024 at 10:00 a.m.
2. Defense Counsel Seusing is located in New York, New York.
3. Defense Counsel Wilson is located in Los Angeles, California.
4. Because defense counsel reside more than 150 miles from the proceedings in San Jose, California the Parties agree that a personal appearance is not necessary to have an effective Hearing.
5. Counsel for the Parties will be accessible via Zoom Video Conference on October 30, 2024 at ~~10:00~~ a.m. 09:15 a.m.
6. Parties have met and conferred and agree to said stipulated motion for remote appearance.

Plaintiff's and Defendants' stipulated motion to appear remotely via Zoom Video Conference on October 30, 2024 at 09:15 a.m. ~~10:00~~ a.m. hearing on Defendants' Motion to Dismiss this action is GRANTED.

Counsel shall comply with the Court's guidelines to appear remotely via Zoom Video Conference at https://www.cand.uscourts.gov/zoom/district-judge-eumi-k-lee/.

**IT IS SO ORDERED.**

DATED: October 7, 2024

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650