UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LEE,

Plaintiff,

v.

PLEX, INC., et al.,

Defendants.

Case No. 24-cv-02386-EKL

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

Re: Dkt. No. 22

On February 27, 2025, the Ninth Circuit issued an opinion in *Chabolla v. ClassPass Inc.* affirming denial of a motion to compel arbitration. No. 23-15999, 2025 WL 630813 (9th Cir. Feb. 27, 2025). That case involved a "sign-in wrap agreement." *See id.* at *4. In this case, Plex characterizes its own terms of use – which form the basis of its motion to compel arbitration – as a "sign-in wrap agreement." Mot. at 1-6, ECF No. 22.

Accordingly, by March 10, 2025, Plaintiff and Plex may each file a supplemental brief, not to exceed three pages, regarding the significance of the Ninth Circuit's recent decision in *Chabolla* with respect to Plex's pending motion to compel arbitration. *See* Mot. at 22-25.

**IT IS SO ORDERED.**

Dated: March 3, 2025



Eumi K. Lee
United States District Judge

United States District Court
Northern District of California